Filed
D.C. Superior Court
08/24/2022 17:17PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ANIMAL OUTLOOK,
6930 Carroll Avenue, Suite 439
Takoma Park, Maryland 20912

     Plaintiff,

  v.

AMERICAN HEART ASSOCIATION, INC.
7272 Greenville Avenue
Dallas, Texas 75231

and DOES, 1-20,

     Defendants.

Case No. _____

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Plaintiff Animal Outlook ("Animal Outlook"), a national nonprofit, charitable organization, in its own and in a representative capacity on behalf of the general public, brings this Complaint against Defendant American Heart Association, Inc. ("AHA") for damages and to enforce its rights pursuant to the District of Columbia Consumer Protection Procedures Act ("CPPA"), D.C. Code §§ 28-3901 to 28-3913, and for common law claims for negligent misrepresentation and unjust enrichment.  At its core, for its own benefit, AHA is knowingly and actively misleading consumers through its Heart-Check Certification program and through its website and promotional materials regarding the cardiovascular effects of eating beef, as the following allegations detail:

## INTRODUCTION

1.       AHA is a non-profit, charitable organization whose stated mission is to help people "build[] healthier lives, free of cardiovascular diseases and stroke."  It is a noble mission, and, in 1995, AHA started the Heart-Check Certification program in an apparent attempt to fulfill it.  The Heart-Check Certification program professes to guide consumers towards making nutritional choices by recommending to consumers products that are "heart healthy."  As part of this program, AHA makes such recommendations through its Heart-Check Certification mark ("Heart-Check Mark" or the "AHA Mark"), in which AHA endorses certain food products as "heart healthy" by allowing manufacturers to affix the AHA Mark on their products.  AHA also makes statements about the nutritional value of certain food products on its website, on social media, and in other promotional materials.

2.       AHA advertises its Heart-Check Certification program on its website by assuring consumers that they can "[t]rust the Heart-Check Mark" because AHA is "the nation's oldest, largest voluntary health organization devoted to fighting cardiovascular diseases and stroke," and

because it bases its criteria for the program on "[AHA]'s scientific statements and recommendations."[1]  AHA assures consumers that the Heart-Check Certification program works, claiming that people who "report eating foods that meet the Heart-Check certification requirements are more likely to eat healthier and have fewer heart disease risk factors."[2]

3.     But what AHA does not tell the public is that, in exchange for a fee, AHA allows purveyors of beef to display the AHA Mark on their products and market them as "heart healthy," even though doing so runs directly counter to AHA's stated mission and its own admissions that eating beef is not, in fact, heart healthy.  Indeed, AHA does not disclose anywhere on or near the AHA Mark that companies, including purveyors of beef, pay AHA to place the AHA Mark on their products.  Nor does AHA require that beef purveyors paying to use the AHA Mark disclose to consumers on their packaging that they have paid for use of the mark. Not only do manufacturers and producers of beef buy the approval of this widely-trusted organization in order to tout AHA's Heart-Check Mark on their meat products, but the omission of any disclosure on or near the AHA Mark is materially deceptive and misleading to consumers.

4.     In addition, AHA promotes its organization and, in particular, its Heart-Check Certification program to consumers as employing AHA's own independent scientific and nutritional guidelines.  AHA tells consumers that "[t]he Heart-Check Food Certification Program's nutrition requirements for certification are based on the sound science of the [AHA] regarding healthy dietary recommendations including food categories, specific product ingredients and nutrient values," and that "[a]ll products must **also** meet government regulatory

---

[1] *Why You Can Trust the Heart-Check Mark*, Am. Heart Ass'n (Apr 30, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/why-you-can-trust-the-heart-check-mark (last visited August 24, 2022).

[2] *Id.*

requirements for making a coronary heart disease health claim."[3] (Emphasis added.)  In such a

way, AHA misleads the public into believing that beef products bearing the AHA Mark adhere to

AHA's own independent scientific and nutritional guidelines, in addition to the government's

minimum guidelines.  However, with respect to beef, AHA's Heart-Check Certification program

relies on nothing more than the government's minimum guidelines.

5.     Further, AHA has made numerous claims on its website and in its promotional

materials stating that beef is "heart healthy," despite full knowledge that these claims are false.

At least two official peer-reviewed medical journals published on behalf of AHA, *Journal of the*

*American Heart Association* (JAHA) and *Arteriosclerosis, Thrombosis, and Vascular Biology*

(ATVB), as well as independent scientific studies and health and nutrition experts alike, have

long-recognized that beef is not "heart healthy."  By way of example and not limitation,

scientific studies reflect that eating only a small portion of beef presents a higher risk of

cardiovascular disease.[4]  AHA is aware of these studies, and their results, and has acknowledged

---

[3] *Heart-Check Food Certification Program Nutrition Requirements*, Am. Heart Ass'n,
https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/heart-
check-in-the-grocery-store/heart-check-food-certification-program-nutrition-requirements
#:~:text=The%20Heart%2DCheck%20Food%20Certification,product%20ingredients%20and%2
0nutrient%20values  (last visited August 24, 2022).

[4] *See, e.g., Study strengthens links between red meat and heart disease,* European Society of
Cardiology (April 15, 2021), https://www.escardio.org/The-ESC/Press-Office/Press-
releases/study-strengthens-links-between-red-meat-and-heart-
disease#:~:text=Sophia%20Antipolis%20%E2%80%93%2015%20April%202021,Society%20of
%20Cardiology%20(ESC); M. Paul, *Meat Consumption Raises Risk of Heart Disease and
Death, 180 JAMA Internal Med. 503* (Feb. 3, 2020), https://news.feinberg.northwestern.edu/
2020/02/meat-consumption-raises-risk-of-heart-disease-and-death/; K. Paper, *Meat consumption
and risk of 25 common conditions: outcome-wide analyses in 475,000 men and women in the UK
Biobank study, 19 BMC Medicine 53* (Mar. 2021), https://bmcmedicine.biomedcentral.com/
articles/10.1186/s12916-021-01922-9; *Cleveland Clinic Studies Reveal Role of Red Meat in Gut
Bacteria, Heart Disease Development,* Newsroom (December 10, 2018), https://newsroom.
clevelandclinic.org/2018/12/10/cleveland-clinic-studies-reveal-role-of-red-meat-in-gut-bacteria-

them.  For example, and contrary to AHA's claims to consumers, AHA has published articles

and peer-reviewed studies unrelated to the Heart-Check Certification program that state that beef

is not heart healthy and recommend limiting beef intake or, in some cases, avoiding it

altogether.[5]  In fact, ATVB published a study as recently as August 1, 2022, which reaffirmed

that eating red meat causes a higher risk of cardiovascular disease than does fish, poultry, or

eggs.[6]  AHA thus contradicts itself regarding the heart-health effects of beef, particularly when it

stands to profit from licensing the AHA Mark to paying companies.

    6.    AHA's practice of authorizing the use of the AHA Mark on beef products, while

failing to disclose that the AHA Mark is paid for or that AHA only requires that beef products

meet the government's minimum standards to qualify for use of the AHA Mark, leads consumers

to believe that these beef brands are "heart healthy" and possess some cardiovascular benefit(s)

not enjoyed by products that have not been certified by AHA.  This, however, is false.  By

allowing the use of the AHA Mark on certain beef products and making claims on its website

and in its promotional materials about the Heart-Check Certification program and the health

---

heart-disease-development/#:~:text=In%20concurrent%20studies%2C%20Cleveland%20Clinic,
Stanley%20Hazen%2C%20M.D.%2C%20Ph (last visited May 18, 2022).

[5] *See, e.g., Picking Healthy Proteins*, Am. Heart Ass'n (November 1, 2021),
https://www.heart.org/en/healthy-living/healthy-eating/eat-smart/nutrition-basics/meat-poultry-
and-fish-picking-healthy-proteins#:~:text=In%20general%2C%20red%20meats%20
(such,skinless%20poultry%2C%20and%20unprocessed%20forms; *Saturated Fat*, Am. Heart
Ass'n (November 1, 2021), https://www.heart.org/en/healthy-living/healthy-eating/eat-
smart/fats/saturated-fats; *Cardiovascular Harm From Egg Yolk and Meat: More Than Just
Cholesterol and Saturated Fat*, Journal of the Am. Heart Ass'n (March 15, 2021),
https://www.ahajournals.org/doi/10.1161/JAHA.120.017066  (last visited May 18, 2022).

[6] *Dietary Meat, Trimethylamine N-Oxide-Related Metabolites, and Incident Cardiovascular
Disease Among Older Adults: The Cardiovascular Health Study*, Arteriosclerosis, Thrombosis,
and Vascular Biology (August 1, 2022), https://www.ahajournals.org/doi/10.1161/ATVBAHA.
121.316533 (last visited August 9, 2022).

benefits of eating beef, AHA is actively and knowingly misleading consumers regarding the cardiovascular risks associated with eating beef.  These deceptive practices present substantial health risks to consumers, including the more than five million American consumers suffering from congestive heart failure for whom consumption of beef is particularly detrimental.

7.     Ultimately, AHA's deceptive, false, and misleading advertising and marketing practices constitute an unlawful trade practice, and therefore violate the CPPA.  *See* D.C. Code §§ 22-1511 and 28-3904(a), (d), (e), (f), (f-1), (h).

8.     This deceptive, false and misleading advertising and marketing is also unlawful under the Federal Trade Commission Act ("FTCA"), 15 U.S. C. §§ 41-58, and therefore constitutes a further unlawful practice under the CPPA.  *See id.* § 45(a)(1); D.C. Code § 28-3904(x).

9.     All such statutory violations are actionable by way of the cause of action available to organizational plaintiffs, such as Animal Outlook, under the CPPA.  D.C. Code § 28-3905(k)(1).  Specifically, Animal Outlook, an animal protection and public interest nonprofit organization, has standing to sue AHA on behalf of the interests of Animal Outlook and consumers because it has a "sufficient nexus" to "adequately represent those interests" in preventing AHA from misleading the public by failing to disclose that the AHA Mark is a paid endorsement of certain beef products; by failing to disclose that AHA only follows the minimum federal guidelines in deciding which beef products may display the AHA Mark; and for falsely claiming that beef products are "heart healthy" when they are demonstrably not.  *See* D.C. Code § 28-3905(k)(1)(D).

10.     Additionally, Animal Outlook, a national nonprofit organization, has standing pursuant to D.C. Code § 28-3905(k)(1)(A)(C), on behalf of itself and on behalf of the general

public, to bring an action seeking relief from the use of any AHA trade practice in violation of a law of the District of Columbia.  *See* D.C. Code § 28-3905(k)(1)(D).

11.     Animal Outlook also has the requisite standing because AHA's actions cause a "concrete and demonstrable injury to the organization's activities." *Equal Rights Ctr. v. Properties Intern.*, 110 A.3d 599, 604 (D.C. 2015) (quoting *Havens Realty Corp. v. Coleman*, 455 U.S. 363, 379 (1982)).  In addition, there is a "direct conflict between the defendant's conduct and the organization's mission.'" *D.C. Appleseed Ctr. for Law and Justice v. Dist. of Columbia Dep't of Ins.*, 54 A.3d 1188, 1209 (D.C. 2012) (quoting *Nat'l Treasury Emps. Union v. United States*, 101 F.3d 1423, 1430 (D.C. Cir.1996)).  Moreover, AHA's unlawful activities have "frustrated" Animal Outlook's purpose of promoting the truth about animal agribusiness and animal consumption, and Animal Outlook has had to use its resources to "counteract the negative message." *Molovinsky v. Fair Employment Council of Greater Wash., Inc.*, 683 A.2d 142, 147 (1996).

12.     Among other objectives, Animal Outlook intends to raise awareness as to the falsity and deception surrounding AHA's advertising and endorsement of beef products, as doing so will inform consumers of the true risks of eating beef, decrease the number of animals slaughtered for food, promote heart-healthier diets, and challenge the status quo of animal agribusiness through food system reform.

## PARTIES

13.     Plaintiff Animal Outlook is a national nonprofit animal advocacy organization whose mission is to challenge the status quo of animal agribusiness through investigations, legal advocacy, corporate and food system reform, and to empower consumers to make more informed decisions about the consumption of animal products, including beef.  Animal Outlook is a

Delaware corporation that transacts business in the District of Columbia and throughout the United States. Animal Outlook's principal place of business is 6930 Carroll Avenue, Suite 439, Takoma Park, Maryland 20912.

14.     Since 1995, Animal Outlook has worked to fulfill its mission by revealing the truth to consumers about agribusiness, the misleading marketing of animal products and unfair business practices through education, investigation, litigation, legislation, advocacy, and outreach on behalf of thousands of constituents in the District of Columbia and nationwide. Through its work, Animal Outlook has already inspired thousands to make compassionate and healthy choices by helping to ensure consumers are provided with accurate information about meat and dairy production and marketing, so that they can make informed decisions about whether to consume animal products.

15.     Defendant AHA is a non-profit corporation. AHA is incorporated in New York, New York and headquartered in Dallas, Texas. According to its website, AHA is the nation's oldest and largest voluntary organization dedicated to fighting cardiovascular diseases, and AHA's purported mission is "[b]uilding healthier lives, free of cardiovascular diseases and stroke."[7] AHA claims its "mission drives everything we do."[8] AHA includes the American Stroke Association, which was created in 1997 as a division of AHA, to bring together the stroke-related activities of the organization. AHA purportedly seeks to improve Americans' health through various efforts, including public education and the Heart-Check Certification

---

[7] *About the American Heart Association & American Stroke Association*, Am. Heart Ass'n, https://www2.heart.org/site/SPageServer/;jsessionid=00000000.app30115b? NONCE_TOKEN=F72C475DE5350449307C1A4954AFB445&pagename=funraiser13_aboutus (last visited August 24, 2022).

[8] *Id.*

7

program, which "is designed to help consumers make informed choices about the foods they purchase."[9]

16.     Animal Outlook is unaware of the true names and capacities, whether individual, corporate, associate, or otherwise, of defendants DOES 1 through 20, inclusive, or any of them, and therefore sues these defendants, and each of them, by such fictitious names.  Animal Outlook will seek leave of this Court to amend this Complaint when the status and identities of these defendants are ascertained.

## JURISDICTION AND VENUE

17.     This Court has subject matter jurisdiction over statutory claims in this matter pursuant to D.C. Code § 28-3905(k)(1).  The Court has personal jurisdiction over AHA pursuant to D.C. Code §§ 13-334(a) and 13-423(a)(1) because the allegations and claims for relief herein arise from AHA's "doing business" and "transacting . . . business" in this District.  In addition, AHA has been registered to do business in this District since 1998 and has a registered agent for service of process in the District.

18.     As a result of AHA's purposeful and substantial promotion of beef and beef products in the District of Columbia, through products sold in retail stores that are located in the District, as well as through websites, social media, and other promotional materials available in the District, AHA has established sufficient contacts with this District such that it is reasonable for AHA to anticipate being subject to action in the courts of this District.

19.     Venue is proper in the District of Columbia pursuant to D.C. Code § 28-3905(k)(2) because Animal Outlook seeks to represent consumers and residents of this District

---

[9] *How the Heart-Check Food Certification Program Works*, Am. Heart Ass'n, (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/how-the-heart-check-food-certification-program-works (last visited August 24, 2022).

who have purchased beef products displaying the AHA Mark, and/or been subject to AHA's promotional materials. These transactions occurred in grocery and other stores located in Washington, D.C. Further, AHA transacts business and has caused injury in Washington, D.C., this action relates to AHA's activities within this District, and AHA is subject to the Court's personal jurisdiction with respect to this action.

## FACTUAL ALLEGATIONS

**A.** **Despite its Noble Mission, AHA Misleads Consumers by Using the AHA Mark to Promote Beef but Failing to Disclose It Is a Paid Endorsement**

20.     AHA is a non-profit, charitable organization with a noble mission: helping people "to build healthier lives, free of cardiovascular diseases and stroke." Each year, AHA receives hundreds of millions of dollars in donations by portraying itself as the premier charity leading the crusade against heart disease.[10] AHA promotes itself as "the nation's oldest and largest voluntary organization dedicated to fighting heart disease and stroke" with a long history of "striving to save and improve lives."[11] AHA encourages the public's trust in its mission, purporting to be "the trusted authority on fighting heart disease and stroke."[12]

21.     In 1995, AHA launched the Heart-Check Certification program to help guide shoppers toward making "healthier choices" by helping them choose certain products for consumption, based on AHA's guidance. As part of this program, AHA allows certain

---

[10] *American Heart Association, Inc. Financial Highlights: Fiscal Year July 1, 2019 through June 30, 2020*, Am. Heart Ass'n, https://www.heart.org/-/media/Files/Finance/20192020-Financial-Highlights.pdf (last visited May 18, 2022).

[11] *About Us*, Am. Heart Ass'n, https://www.heart.org/en/about-us (last visited August 24, 2022).

[12] CEO Welcome Video, Am. Heart Ass'n YouTube Channel (December 22, 2017), https://www.youtube.com/watch?v=MqSw3yM6StA (last visited May 18, 2022).

companies to affix a mark to their products that says, "[AHA] Certified – Meets Criteria for Heart Healthy Food [or Meal]."  According to AHA, affixing this mark to certain products, but not others, "is designed to help consumers make informed choices about the foods they purchase."[13]

22.     AHA assures consumers that they "can trust the Heart-Check Mark" because AHA is a "trustworthy organization" that is "devoted to fighting cardiovascular diseases and stroke."[14]  AHA advises consumers on its website and in its promotional materials that the AHA Mark means a product is "heart healthy," and that buying products with the AHA Mark will help guide them toward making healthy, nutritional food choices.  Indeed, AHA tells consumers that "[t]he Heart-Check mark makes it easy to spot heart-healthy foods in the grocery store.  Simply look for the name of the [AHA] along with our familiar red heart with a white check mark on the package or menu."[15]

23.     AHA also assures consumers that the criteria it uses for its Heart-Check Certification program is based on sound science.  Specifically, AHA tells consumers that they can trust the AHA Mark because AHA uses "Science-based Criteria" in determining which

---

[13]  *How the Heart-Check Food Certification Program Works*, Am. Heart Ass'n (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/how-the-heart-check-food-certification-program-works (last visited August 24, 2022).

[14] *Why You Can Trust the Heart-Check Mark*, Am. Heart Ass'n (Apr 30, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/why-you-can-trust-the-heart-check-mark (last visited August 24, 2022).

[15] *How the Heart-Check Food Certification Program Works*, Am. Heart Ass'n (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/how-the-heart-check-food-certification-program-works (last visited August 24, 2022)

products to endorse through its Heart-Check Certification program, and that the "Heart-Check program criteria are based on [AHA] scientific statements and recommendations."[16]

24.    AHA further advises consumers that only the AHA Mark has the approval of this trusted organization; no other mark does.  AHA warns consumers that "not all heart-healthy claims you see are from [AHA]; look for the AHA name to be sure.  When you spot [AHA's] Heart-Check mark, you'll instantly know the food has been certified to meet our nutrition requirements."[17]  AHA cites studies in support of the efficacy of its Heart-Check Certification program, including "[a] 2014 research study [that] found that people who report eating foods that meet Heart-Check certification requirements are more likely to eat healthier and have fewer heart disease risk factors."[18]  The message conveyed to consumers by AHA is clear: AHA-certified foods comply with AHA's own scientific nutritional standards, which are higher than those of government standards or that of other organizations.

25.    AHA's efforts appear to be working.  AHA itself acknowledges that "consumer research shows that 'the AHA is the authority most trusted by consumers to decide if a product may display a nutrition message or mark.'"[19]  According to AHA, "3 out of 4 consumers say

---

[16] *Why You Can Trust the Heart-Check Mark*, Am. Heart Ass'n (Apr 30, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/why-you-can-trust-the-heart-check-mark (last visited August 24, 2022).

[17] *How the Heart-Check Food Certification Program Works*, Am. Heart Ass'n (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/how-the-heart-check-food-certification-program-works (last visited August 24, 2022).

[18] *Heart-Check: A Small Check That Can Make a Big Difference*, Am. Heart Ass'n (May 22, 2018), https://www.goredforwomen.org/en/healthy-living/healthy-eating/heart-check-foods/heart-check-a-small-check-that-can-make-a-big-difference (last visited May 19, 2022).

[19] *Why You Can Trust the Heart-Check Mark*, Am. Heart Ass'n (Apr. 30, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/why-you-can-trust-the-heart-check-mark (last visited August 24, 2022).

they are more likely to purchase foods that feature the Heart-Check mark, regardless of age or kids in household."[20]

26.    But what AHA does not tell consumers is that AHA sells the AHA Mark to beef purveyors for placement on their beef products.  Indeed, at the same time that AHA assures consumers that they can trust the independent scientific and nutritional standards that the Heart-Check Certification program and AHA Mark represent, AHA markets the Heart-Check Certification program to companies, including purveyors of beef, telling them that, in exchange for a fee to AHA, they can use the AHA Mark on their products to market them as certified by AHA as "heart healthy."

27.    AHA's pitch to manufacturers emphasizes the benefits to a company of displaying the AHA Mark on their products, and how such a mark will be perceived and used by consumers.  Specifically, AHA promotes its Heart-Check Certification program to companies by telling them that using the AHA Mark will "connect your company and brand with consumers' interest in heart health."[21]  AHA tells food manufacturers that the "Heart-Check certification provides added credibility for your brand, boosts your product's visibility and helps your company connect with health-conscious consumers.  Seeing the Heart-Check mark assures shoppers they are making a smart choice."[22]  Beef purveyors are taking notice.  According to a

---

[20] *Heart-Check Food Certification Program Guide*, Am. Heart Ass'n, p. 2 (Dec. 2019) (citing Healthy Living rewards Concept Test Report, May 2016), https://recipes.heart.org/-/media/Files/Healthy-Living/Company-Collaboration/Heart-Check-Certification/Heart-Check-Food-Certification-Guide.pdf  (last visited May 19, 2022).

[21] *Id.*

[22] *Id.*

representative of the Beef Checkoff, a national marketing and research program designed to

increase the demand for beef:[23]

> The reinforcement to consumers that beef offers not only a delicious eating experience
> but one the [AHA] has specifically identified as "heart-healthy" is positive news for the
> checkoff . . . . We are definitely seeing the [AHA]-certified beef cuts gaining awareness
> among consumers and retailers are recognizing the value they bring in the meat case. It's
> exciting to literally see our checkoff dollars at work in the meat case, providing return on
> investment to producers, but also providing that visible affirmation to consumers that
> they are making a nutritious purchase for mealtime. Beef can do a heart good![24]

28.     But AHA's failure to include or disclose that the AHA Mark is a paid

endorsement on or anywhere near the mark, or to require such a disclosure, is not only materially

misleading, it is also in direct contravention of federal food labeling laws. In order to protect

consumers from being misled, laws regulating food labeling require disclosure in any instance

where a company has paid to receive an endorsement that is placed on a product label.

29.     According to the FDA's 1993 Final Rule: Food Labeling, General Requirements

for Health Claims for Food:

> The agency recognizes that endorsements made for compensation by private
> organizations or individuals may be misleading to consumers. The agency is advising
> that when such endorsements are made, a statement should be included in close proximity
> to the claim, informing consumers that the organization or individual was compensated
> for the endorsement. Failure to divulge this information on a label that bears a paid
> endorsement would cause the product to be misbranded under sections 403(a) and 201(n)
> of the act for failure to reveal a fact that is material.

---

[23] *What is the Beef Checkoff?*, BEEF, https://www.beefboard.org/checkoff/#:~:text=The
%20Beef%20Checkoff%20program%20is%20a%20national%20marketing%20and%20research,
beef%20at%20home%20and%20abroad.&text=Under%20the%20program%2C%20producers%
20and,equivalent%20on%20beef%20they%20import (last visited May 19, 2022).

[24] *Heart-Check Mark Continues to Drive Beef Sales*, Hoard's Dairyman (July 9, 2013),
https://hoards.com/article-9507-heartcheck-mark-continues-to-drive-beef-sales.html  (last visited
May 19, 2022).

30.     The failure to disclose that an endorsement was a paid endorsement also violates 21 C.F.R. § 1.21, which mandates that it is unlawful to fail to reveal a material fact on the label of a food product.

31.     The failure to disclose that the endorsement is a paid endorsement further violates 16 C.F.R. § 255.1(d), which states that "[a]dvertisers are subject to liability for false or unsubstantiated statements made through endorsements, or for failing to disclose material connections between themselves and their endorsers. . . . [and that] [e]ndorsers also may be liable for statements made in the course of their endorsements."

32.     In addition, the failure to disclose that the endorsement is a paid endorsement violates 16 C.F.R. § 255.5, which states that, "[w]hen there exists a connection between the endorser and the seller of the advertised product that might materially affect the weight or credibility of the endorsement (i.e., the connection is not reasonably expected by the audience), such connection must be fully disclosed."

33.     In direct violation of labeling laws and the FDA rules, AHA receives compensation from meat producers to display the AHA Mark on their beef products without disclosing that it is a paid endorsement anywhere on or near the mark.

34.     While AHA benefits from the fees paid to it by beef manufacturers and the advertising and name recognition that comes from having its logo emblazoned on millions of food containers, and manufacturers benefit through increased sales and premium pricing for AHA-certified products, consumers end up only with falsely labeled products which they would have viewed differently—or not have purchased at all—had they been told the truth about those products.

35.     AHA's Heart-Check certification scheme thus runs directly counter to AHA's own guidance and stated mission.  Instead of aiding the consuming public, AHA's Heart-Check Certification program detrimentally misleads them.  Specifically, placement of the AHA Mark on beef products falsely leads consumers to believe these products benefit their cardiovascular health.  Moreover, AHA fails to disclose to consumers anywhere on or near the AHA Mark that companies pay for the use of the mark.  AHA therefore creates the false impression that those products have been endorsed by AHA solely because they meet AHA's independent nutritional guidelines, when, in fact, this is not the case.

**B.     AHA Misleads Consumers By Suggesting that the Heart-Check Certification Program Has Standards Higher than the Government's Minimum Standards**

36.     AHA's Heart-Check Certification program is materially misleading for another reason: AHA tells consumers that it uses its own independent scientific standards to evaluate the products it endorses under the program.  With respect to beef, however, AHA only uses the government's minimum standards.

37.     Indeed, AHA tells consumers, "the Heart-Check Food Certification Program's nutrition requirements for certification are based on the sound science of the [AHA] regarding healthy dietary recommendations including food categories, specific product ingredients and nutrient values."[25]  AHA further claims, "To be certified, a product must meet specific nutrition requirements.  The Heart-Check program has seven different categories of certification, and each

---

[25] *Heart-Check Food Certification Program Nutrition Requirements*, Am. Heart Ass'n, https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/heart-check-in-the-grocery-store/heart-check-food-certification-program-nutrition-requirements#:~:text=The%20Heart%2DCheck%20Food%20Certification,product%20ingredients%20and%20nutrient%20values  (last visited July 25, 2022).

category has a different set of nutrition requirements.  All products must *also* meet government regulatory requirements for making a coronary heart disease health claim."[26] (Emphasis added.)

38.     Through such representations, AHA signifies to consumers that AHA-certified products have cardiovascular benefits above and beyond that which is enjoyed by non-certified products that are merely in compliance with the government's minimal heart-health regulations. But this is false.  Instead, the criteria AHA uses when selling its AHA Mark to beef manufacturers are nothing more than the government's minimum criteria, not AHA's own advertised higher standards.

39.     For example, AHA advertises on its website that its "Standard Certification" for "Extra Lean" meat and seafood is less than 2 g per 100 g for saturated fat, less than 0.5 g per label serving for trans fat and less than 95 mg per reference amount customarily consumed ("RACC") and per 100 g for cholesterol.[27]  But AHA does not make clear to consumers that these are only the government's minimum requirements for these categories.  *See, e.g.,* 21 C.F.R. §§ 101.62(c), (e)(4) ("extra lean" meats must have less than 2 grams saturated fat, 0.5 trans fat and 95 mg cholesterol per RACC and per 100 g), 101.75.  Similarly, AHA advertises that, to be AHA certified, meat must have beneficial nutrients (naturally occurring) of 10% or more of the Daily Value of 1 of 6 nutrients (vitamin A, vitamin C, iron, calcium, protein or dietary fiber).[28] Again, however, AHA does not make clear to consumers that these requirements are only the

---

[26] *Id.*

[27] *Heart-Check Food Certification Program Nutrition Requirements*, https://www.heart.org/en/ healthy-living/company-collaboration/heart-check-certification/heart-check-in-the-grocery-store/heart-check-food-certification-program-nutrition-requirements#:~:text=The%20Heart %2DCheck%20Food%20Certification,product%20ingredients%20and%20nutrient%20values (last checked July 25, 2022).

[28] *Id.*

government's minimum requirements.  *See* 21 C.F.R. § 101.65(d)(2)(i) ("healthy" meat must

contain at least 10% of the reference daily intake or daily reference value per retinol activity of

one or more of vitamin A, vitamin C, iron, calcium protein or dietary fiber).

40.     Through AHA's representations about its Heart-Check Certification program, and

the AHA Mark in particular, AHA represents and conveys to consumers that an independent

third party has certified the healthiness, and specifically, the heart-healthiness of the beef

products in question.  But AHA does not make clear to consumers that, in reality, AHA only

relies on the government's minimum standards for certain categories in deciding whether to

allow the mark on beef products, and not AHA's own advertised independent dietary and

nutritional standards (and that, even then, the AHA Mark is obtained only after meat producers

pay for its placement).  Had AHA clearly disclosed that the Heart-Check Certification program

relies only on the government's minimum standards, consumers would not view the certification

as independent or legitimate and would not view the product as being healthier and more

beneficial than other alternatives.

**C.     AHA's Actions Harm Animal Outlook and Its Mission**

41.     Animal Outlook is a non-profit organization that works to advocate for animals

and protect consumers through education, investigation, litigation, legislation, advocacy, and

outreach.  In particular, Animal Outlook advocates against government policies that encourage or

allow cruelty to farmed animals, conducts public education on the realities of animal agriculture

and dietary choices, coordinates public campaigns to encourage the adoption of vegan diets, and

conducts undercover investigations to expose cruelty at factory farms and slaughterhouses.

42.     Part of Animal Outlook's mission is to educate consumers and protect them from

being misled by deceptive claims about the health benefits of meat products.  As such, Animal

Outlook engages consumers, corporations, and policymakers to spur reform in the treatment of animals raised for food and in the marketing and advertising of animal products, including beef. Animal Outlook has worked in numerous ways to outline the harm to human health caused by beef products, including through public education, such as blogs and social media posts, and events, such as "DC Veg Fest," which it hosts every year in the District of Columbia to promote vegan eating and its benefits (https://dcvegfest.com/). These efforts are intended to educate consumers about the true health effects of beef and other animal products, so that individuals can make informed purchasing decisions and use the information to compare facts about meat consumption against marketing claims.

43.     Animal Outlook regularly engages in initiatives that advance consumer protection and enhance transparency in advertising. As representative examples, Animal Outlook has brought lawsuits or advocated for policy changes against the Food and Drug Administration ("FDA"), Federal Trade Commission ("FTC"), United States Department of Agriculture ("USDA") and its Food Safety and Inspection Service ("FSIS"), Simple Truth (Kroger, Co.'s store brand), Cooke Aquaculture, Hormel, Butterball, and numerous others.

44.     Animal Outlook has frequently submitted public comments to federal agencies on food labeling regulations, especially those that touch upon beef product claims.[29] Animal Outlook also engages major corporations to help educate them about systematic mistreatment of animals in agribusiness and campaigns for the introduction of plant-based food options. For

_____

[29] *See, e.g., Re: Petition 18-01, United States Cattlemen's Association Petition for the Imposition of Beef and Meat Labeling Requirements*, https://www.fsis.usda.gov/sites/default/files/media_file/2020-07/18-01-Animal-Opposition-Ltr-040918.pdf; *see also COK Asks Federal Agencies: Don't 'Kill' Slaughter-Free Meat*, https://animaloutlook.org/cok-asks-federal-agencies-dont-kill-slaughter-free-meat/ (last visited May 19, 2022) (Animal Outlook was formerly known as Compassion Over Killing).

example, after more than six years of campaigning by Animal Outlook, Starbucks finally acknowledged a shift to plant-based eating and released its Chickpea Bites and Avocado Protein Box nationwide in March 2021.[30]  Moreover, in the wake of Animal Outlook's shocking investigation,[31] Nestlé launched a vegan bacon cheeseburger for major restaurant chains and ditched its U.S. ice cream business after hearing from the more than 20,000 consumers who spoke up against the cruelty Animal Outlook documented in Nestlé's dairy supply chain.[32]

45.     Animal Outlook seeks to raise awareness to the falsity and deception surrounding AHA's advertising and endorsement of beef products in order to decrease the number of animals slaughtered for food, promote heart-healthier diets and encourage veganism.  Indeed, AHA's deceptive advertising and promotion of beef products thwarts Animal Outlook's efforts to educate consumers, including corporate outreach targets, about the health risks of consuming beef.  This deception by AHA also directly impairs Animal Outlook and its work to engage and convince retailers, restaurants, and others that beef is not heart healthy.

46.     Moreover, due to deceptive advertising such as that engaged in by AHA, Animal Outlook has had to divert human and financial resources to increase and supplement its corporate and consumer outreach concerning the health risks of beef products.  But for AHA's conduct, Animal Outlook would use those important resources in other ways.  These injuries will be

---

[30] *VICTORY: Starbucks Launches Vegan Food Option Nationwide*, Animal Outlook (March 1, 2021), https://animaloutlook.org/victory-starbucks-launches-vegan-food-option-nationwide/ (last visited August 8, 2022).

[31] *Nestlé's Nightmare: The Hard-to-Swallow Truth*, Animal Outlook, https://animaloutlook.org/investigations/nestles-nightmare/ (last visited August 8, 2022).

[32] *Nestlé Drops Ice Cream Business*, Animal Outlook (December 12, 2019), https://animaloutlook.org/nestle-drops-ice-cream-after-cok-investigation-reveals-cruelty-in-dairy-supply-line/  (last visited August 8, 2022).

redressed if Animal Outlook prevails in this action because AHA's false and misleading advertisements would cease and consumers would be spared the harm that AHA's deceptive conduct has caused.

47.    Animal Outlook has recently documented products affixed with the Heart-Check Certification at stores and markets in several jurisdictions across the United States, including in the District of Columbia.  For example, the following images were captured on March 16, 2022 at Harris Teeter, 1631 Kalorama Road NW, Unit 100, Washington, D.C. 20009:



48.    In addition, the following images were captured on March 11, 2022, at the Harris Teeter located at 401 M Street SE Washington, DC 20003:






49.     AHA drives sales of beef in the District of Columbia by endorsing beef products with the AHA Mark, as shown above.  Consumers in this District and elsewhere who trust AHA's brand are induced by the AHA Mark to purchase beef in the false belief that it will foster and promote heart health.

**D.      AHA Induces Trusting Consumers to Believe that Eating Beef Products Leads to "Healthy Hearts" Despite Knowing Its Representations Are False**

50.     While much of AHA's work is commendable, its endorsement of beef is misleading and contrary to the organization's mission.  Indeed, AHA recommends beef throughout its website, on social media and in promotional materials, despite knowing that these claims are false.

**1.      AHA Promotes Beef on Its Website**

51.     On its website, AHA conveys the meaning of the Heart-Check Certification program to consumers through a series of broad and unqualified representations suggesting that consumption of products marked with the AHA Mark or otherwise approved through the Heart-Check Certification program, including beef, lead to a healthy heart.  By way of example, and not (nearly) limitation, AHA states the following on its website:

- "One heart.  Hundreds of heart-healthy options."[33]

- "Foods bearing the heart-check mark are building blocks that make it easier for shoppers to construct a heart-healthy diet."[34]

---

[33] *American Heart Association Heart-Check Certification*, Am. Heart Ass'n, https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification (last visited May 19, 2022).

[34] *Heart-Check in the Grocery Store*, Am. Heart Ass'n, (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/heart-check-in-the-grocery-store  (last visited May 19, 2022).

- "The Heart-Check mark makes it easy to spot heart-healthy foods in the grocery store.  Simply look for the name of the [AHA] along with our familiar red heart with a white check mark on the package or menu."[35]

- "Use the Heart-Check Certified Product List when creating your shopping list to make smart, heart-healthy choices easier at the grocery store!"[36]

- "The Heart-Check mark is a simple tool to help you Eat Smart.  When you see it, you can be confident that a product aligns with the [AHA]'s recommendations for an overall healthy eating pattern."[37]

- "When you spot the [AHA's] Heart-Check mark, you'll instantly know the food has been certified to meet our nutrition requirements."[38]

- Page: "Heart-Check Certified Recipes"[39]

  o "The American Heart Association's Heart-Check mark is an easy way to cut through the clutter and find foods that can be part of a healthy dietary pattern."

  o "The Heart-Check mark is also helping everyone find heart-healthy recipes they can make at home."

  o Lists 20 beef recipes under the National Cattlemen's Beef Association heading.

---

[35] *How the Heart-Check Food Certification Program Works*, Am. Heart Ass'n, (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/how-the-heart-check-food-certification-program-works (last visited August 24, 2022).

[36] *Check for the Heart-Check Mark Infographic*, Am. Heart Ass'n, (March 25, 2021), https://www.heart.org/en/healthy-living/healthy-eating/heart-check-foods/check-for-the-heart-check-mark-infographic (last visited May 19, 2022).

[37] *Heart-Check Foods*, Am. Heart Ass'n, https://www.heart.org/en/healthy-living/healthy-eating/heart-check-foods (last visited May 19, 2022).

[38] *How the Heart-Check Food Certification Program Works*, Am. Heart Ass'n, (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/how-the-heart-check-food-certification-program-works (last visited August 24, 2022).

[39] *Heart-Check Certified Recipes*, Am. Heart Asss'n, https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/heart-check-certified-recipes (last visited May 19, 2022).

52.     Apart from statements made through the Heart-Check Certification program,

AHA makes additional statements on its website representing that meat is healthy:

- Page: "Making the healthy cut: Fish, Poultry and Lean Meats"[40]

    o   Lists out options for red meat under the title of "the healthy cut" (although
        the page does include statements about how to select lean cuts and how to
        cook them).

- Page: "Industry Nutrition Forum"[41]

    o   "Through the Industry Nutrition Forum, we're convening food system
        industry leaders and academic experts to find common ground and to act
        together to improve public health.  Members of all sizes and from sectors
        across the food system support the AHA's Foodscape Innovation™
        Initiative vision of a healthier, more equitable and more sustainable food
        system."

    o   Industry Nutrition Forum Members include meat producers, such as The
        Beef Checkoff.[42]

### 2.     AHA Promotes Beef on Its YouTube Account

53.     AHA also uses its YouTube account to post videos which contain a mix of false

and misleading statements that either imply that beef is "healthy," or expressly explain that

products marked with the Heart-Check Certification are "healthy."  By way of but one example:

- October 17, 2014 YouTube Video, entitled: "What is the American Heart
  Association's Heart-Check Food Certification Program?"[43]

---

[40] *Making the Healthy Cut: Fish, Poultry and Lean Meats,* Am. Heart Ass'n,
https://www.heart.org/en/healthy-living/healthy-eating/cooking-skills/preparing/making-the-
healthy-cut-fish-poultry-and-lean-meats (last visited May 19, 2022).

[41] *Industry Nutrition Forum*, Am. Heart Ass'n, https://www.heart.org/en/healthy-living/company
-collaboration/food-system-strategy/aha-industry-nutrition-forum (last visited May 19, 2022).

[42] *Industry Nutrition Forum Members*, Am. Heart Ass'n, https://www.heart.org/en/healthy-
living/company-collaboration/food-system-strategy/aha-industry-nutrition-forum/industry-
nutrition-forum-members (last visited May 19, 2022).

[43] *What is the American Heart Association's Heart-Check Food Certification Program*, Am.
Heart Ass'n YouTube Channel (Oct. 17, 2014), https://www.youtube.com/watch?v=E-
OwX_xf_Ck (last visited May 19, 2022).

- o In both the video and the text description of the video, AHA states: "Backed by sound science, foods baring the Heart-Check mark are building blocks that make it easier for shoppers to construct a heart-healthy diet."

- o "As America's health concerns continue to evolve, and the need for trust information grows, the Heart-Check Mark will continue to lead the way and serve up smart, heart-healthy choices."

- June 6, 2018 YouTube Video, entitled: "Eat Smart with the Heart-Check Mark"[44]

  - o "So you know when you add this little check to other healthier choices, you'll be making a big difference in your health and you'll be one step closer to being healthy for good."

- November 10, 2017 YouTube Video, entitled: "Eat Smart with South Dakota Beef"

  - o "So, one of the main questions I typically get asked is whether beef can be part of a heart-healthy diet. And the answer is yes, there's a lot of research that continues to show that beef can be part of a heart healthy diet. Clinical research has shown over and over that lean beef included in a heart-healthy diet can actually help lower your cholesterol levels as well as blood pressure.  And both of these are great because they help reduce your risk for cardiovascular disease."[45]

  - o (Text description of video) "Eating smart doesn't mean you have to give up heart-healthy beef . . . it just means you have to be smarter about how you're choosing, preparing and pairing it.  We love these tips from the South Dakota Beef Industry Council's Holly Swee."[46]

- April 6, 2015 YouTube Video, entitled: "Burger Soup"[47]

  - o (Presenter) "I also like it, because it proves if you have a well-stocked pantry and freezer, you can make healthy and inexpensive meals in a snap. So, let's talk about healthier choices when it comes to meat.  For our burger

---

[44] *Eat Smart with the Heart-Check Mark*, Am. Heart Ass'n YouTube Channel (Jun. 6, 2018), https://www.youtube.com/watch?v=MsOosGsi4Bw (last visited August 24, 2022).

[45] *Eat Smart with South Dakota Beef*, Am. Heart Ass'n-Midwest YouTube Channel (Nov. 10, 2017), https://www.youtube.com/watch?v=hbex06M1qyM (last visited May 19, 2022).

[46] *Id.*

[47] *Burger Soup*, Am. Heart Ass'n YouTube Channel (Apr. 6, 2015), https://www.youtube.com/watch?v=QZYCL3XX2Ls (last visited May 19, 2022).

soup, I have one pound of 95% extra lean ground sirloin which is a good choice for burgers and meatloaf, too."

- o (Text description of video – also appears in several other videos) "This Simple Cooking with Heart, kid-friendly recipe is a great way to get kids into the kitchen to help out.  Get this recipe and more heart-healthy recipes at heart.org/simplecooking."

- October 14, 2016 YouTube Video, entitled: "How to Test Steak Tenderness/Doneness"[48]

- o "How to Test Steak Tenderness/Doneness" (following video on how to cook beef), followed by graphic with the AHA Logo and "Healthy for Good" in text.

### 3.   AHA Promotes Beef on Its Facebook Account

54.     In addition, AHA uses its Facebook account to imply that beef is healthy.  For example, it has posted the following:

- October 20, 2017 Facebook post, entitled, "Game On with Lean Protein Post"[49]

- o Caption: "Make your next tailgate healthier with lean meats that are big on flavor.  Lean and extra-lean beef, turkey and salmon burgers are perfect for game day grub.  For more ways to be #HealthyforGood visit heart.org/EatSmart."

- "Pot Roast Recipe" Facebook Post, captured on August 23, 2021[50]

- o Caption: "Eating Healthy Can Still be Tasty" with picture and recipe of pot roast

---

[48] *How to Test Steak Tenderness/Doneness*, Am. Heart Ass'n YouTube (Oct. 14, 2016), https://www.youtube.com/watch?v=yu1fm-9uUVc (last visited May 19, 2022).

[49] *Game On with Lean Protein*, AHA Facebook (October 20, 2017), https://www.facebook.com/AmericanHeart/photos/a.254785836138/10155125643691139 (last visited May 19, 2022).

[50] *Slow Cooked Pot Roast*, Am. Heart Ass'n Facebook, https://www.facebook.com/ AmericanHeart/posts/10152733618531139 (last visited May 19, 2022).

- "Steak Stroganoff Recipe" Facebook Post, captured on August 23, 2021[51]

  o Caption: "Flavorful, simple, and best of all, healthy. This slow-cooker stroganoff recipe satisfies busy schedules and picky palates" with picture and recipe of stroganoff.

55.    In sum, AHA capitalizes on consumer trust to market beef products across the country. By advertising beef recipes on the Internet and partnering with beef producers to label their products in grocery stores with the AHA Mark, AHA actively and intentionally fosters consumer demand in beef.

E.    **AHA Knows Its Representations About the Health Benefits of Beef Are False**

56.    AHA claims to be "the trusted authority on fighting heart disease and stroke,"[52] yet scientific studies routinely prove that its assertion that the consumption of beef products leads to a "healthy heart" is categorically misleading, deceptive, and false. Indeed, AHA's representations through its Heart-Check Certification program and on its website and promotional materials that beef products contribute to a "healthy heart" are refuted by numerous independent scientific studies that prove the exact opposite:

- A study of nearly 20,000 individuals presented in April 2021 at the European Society of Cardiology found that "greater intake of red and processed meat was associated with worse imaging measures of heart health, across all measures studied."[53] According to the study, "individuals with higher meat intake had smaller ventricles, poorer heart function, and stiffer arteries – all markers of worse cardiovascular health."[54]

---

[51] *Slow-Cooker Steak Stroganoff,* Am. Heart Ass'n Facebook, https://www.facebook.com/AmericanHeart/posts/10152733618531139 (last visited May 19, 2022).

[52] *CEO Welcome Video,* Am. Heart Ass'n YouTube Channel (Dec. 22, 2017), https://www.youtube.com/watch?v=MqSw3yM6StA  (last visited May 19, 2022).

[53] *See Study strengthens links between red meat and heart disease,* European Society of Cardiology (April 15, 2021).

[54] *Id.*

- A March 2020 study of nearly 30,000 individuals found that eating only a small portion of red meat and processed meat caused a higher risk of cardiovascular disease and premature death.[55]

- A separate study of 475,000 adults in the United Kingdom that was published in March 2021 found that higher consumption of unprocessed red meat and processed meat was associated with a higher risk of heart disease.[56]

- A 2019 study by the Cleveland Clinic found that "chronic red meat consumption enhanced the production of TMAO (trimethylamine N-oxide) . . . which has been linked to the development of atherosclerosis and heart disease complications."[57]

57.     According to the Centers for Disease Control, "[c]onsumption of all meat and red meat was associated with a 27% and 30% higher risk, respectively," of renal cancer and "[r]eduction of meat consumption is an important approach to decreasing the incidence of kidney cancer in the general population."[58]

58.     Health research indicates that beef significantly raises cholesterol levels, a key negative component of cardiovascular and heart health.  Indeed, beef, in addition to its contribution to obesity, has been linked as a cause of Type 2 diabetes.  Additionally, multiple sclerosis is tied to diets high in saturated fats, as are cancers of the breast, colon and prostate.

59.     In fact, AHA knows that its representations about the health benefits of beef are false.  Indeed, AHA itself admits that beef is not healthy.  For example, AHA has expressly

---

[55] M. Paul, *Meat Consumption Raises Risk of Heart Disease and Death*, 180 JAMA Internal Med. 503 (Feb. 3, 2020).

[56] K. Paper, *Meat consumption and risk of 25 common conditions: outcome-wide analyses in 475,000 men and women in the UK Biobank study*, 19 BMC Medicine 53 (Mar. 2021).

[57] *Cleveland Clinic Studies Reveal Role of Red Meat in Gut Bacteria, Heart Disease Development,* Newsroom (Dec. 10, 2018).

[58] *Consumption of different types of meat and the risk of renal cancer: meta-analysis of case-control studies*, The National Institute for Occupational Safety and Health (Jun. 15, 2021), https://www.cdc.gov/niosh/nioshtic-2/20039011.html#:~:text=Consumption%20of%20all %20meat%20and,increase%20risk%20of%20kidney%20cancer (last visited May 19, 2022).

admitted that, "[i]n general, red meats (such as beef, pork and lamb) have more saturated fat than skinless chicken, fish and plant proteins.  Saturated fats can raise your blood cholesterol and increase your risk of heart disease."[59]  Furthermore, an official peer-reviewed journal of the AHA, called *Journal of the American Heart Association* (JAHA), has expressly stated that "red meat  should be avoided, and meat intake limited, to prevent cardiovascular disease and stroke."[60]  In fact, as recently as August 1, 2022, another official peer-reviewed journal published on behalf of AHA called *Arteriosclerosis, Thrombosis, and Vascular Biology* (ATVB), reaffirmed that "higher meat intake [is] associated with incident ASCVD[,]" atherosclerotic cardiovascular disease.[61]  That same study found "biochemical links between dietary meat, gut microbiome pathways, and ASCVD."[62]  AHA itself issues public communications – unrelated to the AHA Mark – advising consumers not to eat beef, or at least to limit beef intake.[63]  Thus,

---

[59] *Picking Healthy Proteins*, Am. Heart Ass'n (November 1, 2021), https://www.heart.org/en/ healthy-living/healthy-eating/eat-smart/nutrition-basics/meat-poultry-and-fish-picking-healthy-proteins (last visited May 19, 2022).

[60] *Cardiovascular Harm From Egg Yolk and Meat: More Than Just Cholesterol and Saturated Fat*, Journal of the Am. Heart Ass'n (March 15, 2021), https://www.ahajournals.org/doi/10.1161/ JAHA.120.017066 (last visited May 19, 2022).

[61] *Dietary Meat, Trimethylamine N-Oxide-Related Metabolites, and Incident Cardiovascular Disease Among Older Adults: The Cardiovascular Health Study*, Arteriosclerosis, Thrombosis, and Vascular Biology (August 1, 2022), https://www.ahajournals.org/doi/10.1161/ATVBAHA. 121.316533 (last visited August 9, 2022).

[62] *Id.*

[63] *See, e.g., id.*; *Picking Healthy Proteins*, Am. Heart Ass'n (November 1, 2021), https://www.heart.org/en/healthy-living/healthy-eating/eat-smart/nutrition-basics/meat-poultry-and-fish-picking-healthy-proteins#:~:text=In%20general%2C%20red%20meats%20 (such,skinless%20poultry%2C%20and%20unprocessed%20forms; *see also Saturated Fat*, American Heart Association (November 1, 2021), https://www.heart.org/en/healthy-living/ healthy-eating/eat-smart/fats/saturated-fats.

AHA claims that eating beef is "heart healthy" when it benefits the organization financially, but elsewhere admits that eating beef increases the risk of heart disease.

60.     While some of the products that AHA endorses through the Heart-Check Certification program and AHA Mark are indeed "heart healthy," the beef products that AHA endorses are not.  AHA certifies beef products for the AHA Mark without revealing to consumers the true health consequences of consuming beef or that beef manufacturers have paid for AHA certification anywhere on or near the AHA Mark.  In addition, AHA, through its Heart-Check Certification program and promotional materials, creates the false impression that beef products abide by AHA's own nutritional guidelines when, in fact, they do not.  AHA has proven that, for a fee, it abandons its purportedly scientific dietary and nutritional guidelines and agrees to certify as "heart healthy" products that are not in fact healthy and merely meet the minimum criteria for certain government-regulated health claims, rather than AHA's own allegedly more demanding standards.  In such a way, AHA's Heart-Check Certification program runs directly counter to AHA's own nutritional guidance.  Instead of aiding the consuming public, the Heart-Check Certification program confuses and misleads consumers because the AHA Mark is a paid endorsement and the program employs only the government's minimum standards.  In concert with these actions, AHA makes statements on its website and in its promotional materials that promote beef as heart healthy, even though AHA knows these statements are false.  Such deceptive practices induce consumers to purchase AHA-certified beef, and present substantial health risks to all consumers, including the more than five million American consumers suffering from congestive heart failure.

## CLAIMS FOR RELIEF

### First Claim for Relief

### Violation of District of Columbia Consumer Protection Procedures Act

61.     Animal Outlook incorporates and re-alleges the preceding paragraphs of this Complaint as if fully set forth herein.

62.     Animal Outlook seeks to enforce its rights against AHA pursuant to the CPPA (*i.e.,* D.C. Code §§ 28-3901 to 28-3913), as AHA is in violation of D.C. Code § 28-3904, *et seq.*

63.     Pursuant to D.C. Code § 28-3905(k)(1)(A)(C), Animal Outlook, a national nonprofit 501(c)(3) animal advocacy organization, may, on behalf of itself or on behalf of the general public, bring an action seeking relief from the use of any AHA trade practice in violation of a law of the District of Columbia.

64.     Additionally, pursuant to D.C. Code §§ 28-3905(k)(1)(A)(D)(i) and (ii), Animal Outlook, a public interest organization, may, on behalf of the interests of a consumer or a class of consumers, bring an action seeking relief from the use by AHA of a trade practice in violation of a law of the District of Columbia if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by AHA of such trade practice if it is determined that Animal Outlook has a "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests."

65.     Animal Outlook, an animal protection organization that advocates for animals and seeks to challenge the status quo of animal agribusiness through food system reform, has an interest in informing consumers of deceptive marketing of meat and promoting healthier eating habits among consumers.  Specifically, it seeks to either remove, or at least significantly lessen

the consumption of, beef from consumers' diets, saving the lives of countless animals slaughtered for food in the process.

66.     AHA is in violation of multiple subsections of D.C. Code § 28-3904.  First, AHA has violated § 28-3904(f) due to its failure to disclose, or require the disclosure, on or near the AHA Mark that it is being paid to allow certain meat purveyors to affix the AHA Mark on certain beef manufacturers' packaging.  Therefore, unbeknownst to consumers, AHA is endorsing certain beef products for a fee, and profiting from the sale of these products. Furthermore, AHA is leveraging its reputation and trust among consumers to encourage them to purchase beef that has the AHA Mark affixed to the packaging without disclosing on or near the mark that AHA is paid by beef manufacturers for the use of its mark.

67.     AHA is also in violation of § 28-3904(a) because it "represent[s] that goods" (i.e., beef) contain "accessories," "characteristics," "uses," and/or "benefits" that they do not have. Specifically, AHA represents that beef products are "heart healthy" through numerous express and implied statements, including, but not limited to, its allowance of the use of the AHA Mark on such products.  In addition, AHA indicates that the use of the AHA Mark is based on AHA's own scientific statements and recommendations, which AHA represents are different or more substantial than the government's minimum standards, when, in fact, they are not.

68.     AHA has also violated § 28-3904(b) because it "represent[s] that goods" (*i.e.,* beef) are "of particular standard, quality, grade, style, or model," when in reality, "they are of another."  Contrary to AHA's representations that beef is of a "heart healthy" standard, it is well-known that beef is known to increase cholesterol, heart disease, and have other deleterious effects on cardiovascular health.

69.     AHA has also violated § 28-3904(e) because it has misrepresented a material fact about beef (i.e., that it is heart healthy), and such an assertion has a tendency to mislead consumers.

70.     In addition, AHA has violated § 28-3904(f-1) through its use of "innuendo or ambiguity as to a material fact, which has a tendency to mislead."  Specifically, AHA vaguely states that beef is "heart healthy" without any facts or proof in support thereof.  AHA also claims its Heart-Check Certification program uses AHA's own scientific standards in endorsing beef, while failing to disclose that it actually uses only the federal government's minimum standards.

71.     AHA has also violated § 28-3904(h) by authorizing the advertising and offering of beef as endorsed by AHA through the sale of its AHA Mark.  Indeed, AHA has violated this section by endorsing beef products as "heart healthy," when in reality, AHA has expressly admitted that beef is not, in fact, heart healthy.

72.     Lastly, AHA is "sell[ing] consumer goods in a condition or manner not consistent with that warranted . . . by operation or requirement of federal law."  D.C. Code § 28-3904(x).  It has been proven that beef is not heart healthy, as AHA has expressly admitted, yet AHA continues to affix its "heart healthy" logo on packaging of beef nonetheless.

73.     Accordingly, this deceptive, false, and misleading advertising is also unlawful under the FTCA, 15 U.S.C. § 41-58, and therefore constitutes a further unlawful practice under the CPPA.  *See id.*; 15 U.S.C. § 45(a)(1); D.C. Code § 28-3904(x).

### Second Claim for Relief

### Negligent Misrepresentation

74.     Animal Outlook incorporates and re-alleges the preceding paragraphs of this Complaint as if fully set forth herein.

75.     AHA, which assumed a duty to supply information to Animal Outlook and members of the public who are concerned about heart health, failed to fulfill that duty to disclose to Animal Outlook and members of the public who are concerned about heart health the material facts alleged above, including that beef is not, in fact, heart healthy, a fact which AHA has expressly admitted in the past. *See Burlington Ins. Co. v. Okie Dokie, Inc.*, 329 F. Supp. 2d 45, 48-49 (D.C. Cir. 2004) (applying the law of the District of Columbia).  In making representations of fact to health-conscious consumers about the "heart healthy" nature of beef products, AHA has also failed to disclose to consumers on or near the AHA Mark that it is, in fact, being paid to allow beef manufacturers to affix the mark atop of beef packages.  AHA has also failed to inform these consumers that, in certifying beef as "heart healthy," AHA does not use its own nutritional and scientific guidelines, which it advertises as being different than that of other products or third parties, but instead uses the government's own minimum guidelines.  Such failure to disclose on the part of AHA amounts to negligent misrepresentation.

76.     Consumers concerned about heart health, as a direct and proximate cause of AHA's negligent misrepresentations, have reasonably relied upon such material misrepresentations to their detriment.  Consumers concerned about heart health have relied on these statements by AHA in purchasing beef products that they would have viewed differently or not have purchased had they known the true health effects of beef or that beef manufacturers, in fact, pay for use of the AHA Mark.

77.     By reason thereof, Animal Outlook has suffered damages in an amount to be proven at trial.

### Third Claim for Relief

### Unjust Enrichment

78.     Animal Outlook incorporates and re-alleges the preceding paragraphs of this Complaint as if fully set forth herein.

79.     As a result of AHA's unlawful and deceptive actions described above, AHA has been unjustly enriched at the expense of Animal Outlook and/or consumers by receiving monies from certain beef manufacturers by way of misleading consumers who are deceived into believing that certain manufacturers' beef products are "heart healthy" due to AHA's endorsement of those products, without disclosing that the AHA Mark is a paid endorsement or that the Heart-Check Certification program, with respect to beef, is based on the government's minimum guidelines.  In addition, AHA has also been unjustly enriched through AHA's express and implied statements on its website and in its promotional materials claiming that beef is heart healthy, even though AHA knows these statements are false.  Thus, AHA has profited from its misleading, deceptive, and false representations about beef products.

80.     Under these circumstances, it would be against equity and good conscience to permit AHA to retain the ill-gotten benefits that it has received, in light of the fact that the unlawfully advertised beef products purchased by Animal Outlook and/or consumers were not what AHA represented them to be.  Thus, it would be unjust and inequitable to allow AHA to retain the benefit without restitution for the monies manufacturers paid to it.

### PRAYER FOR RELIEF

WHEREFORE, Animal Outlook prays that the Court adjudge and decree and enter judgment in its favor and against AHA as follows:

1.     The Court enjoin AHA from continuing the unfair, deceptive, and misleading

business practices alleged in this Complaint;

      2.     The Court order AHA to pay actual damages, plus treble damages, or $1,500 per violation, whichever is greater, to Animal Outlook, on behalf of consumers, pursuant to § 28-3905(k)(1)(A)(i) of the CPPA;

      3.     The Court order AHA to pay punitive damages as are reasonable and necessary to identify, correct, or prevent the conduct which violated District law, pursuant to § 28-3905(g)(5) of the CPPA and common law;

      4.     That Animal Outlook, on behalf of consumers, is entitled to restitution in an amount to be proven at trial;

      5.     That Animal Outlook, on behalf of consumers, is entitled to costs of suit including attorneys' fees and costs;

      6.     For an order awarding pre-judgment and post-judgment interest; and

      7.     That Animal Outlook be afforded such other and further relief as the Court deems just and proper.

/ / /

/ / /

/ / /

Respectfully submitted,


Dated:  August 24, 2022                    **WAYMAKER LLP**
        Los Angeles, CA


By: _____
     Brian E. Klein (*pro hac vice in process*)
     Teresa L. Huggins (*pro hac vice in process*)
     Melissa A. Meister (Bar No. 978853)
     Jared R. Sohn (*pro hac vice in process*)

     WAYMAKER LLP

     515 S. Flower Street, Ste. 3500
     Los Angeles, CA 90071
     Telephone: (424) 652-7800
     Facsimile: (424) 652-7850
     bklein@waymakerlaw.com
     thuggins@waymakerlaw.com
     mmeister@waymakerlaw.com
     jsohn@waymakerlaw.com

     *Attorneys for Plaintiff Animal Outlook*

Superior Court of the District of Columbia
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

## Animal Outlook
_____
                                    Plaintiff

vs.

American Heart Association, Inc., and DOES 1−20          Case Number _____
_____
                                    Defendant

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

## Melissa A. Meister
_____
Name of Plaintiff's Attorney

515 S. Flower St., Suite 3500, Los Angeles, CA 90071
_____
Address

## 424−652−7800
_____
Telephone

_Clerk of the Court_

By _____
                                    Deputy Clerk

Date _____

如需翻譯,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주시기 바랍니다.    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

        contra

                                        Número de Caso: _____

_____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o el Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                Por: _____
_____                    Subsecretario
Dirección

_____
                                Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
만약 번역을 원하시면 (202)879-4828 로 전화주십시오     የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

        Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Animal Outlook

Case Number: _____

vs

Date: __8/24/2022_____

American Heart Association, Inc., and DOES, 1-20

☐ One of the defendants is being sued
in their official capacity.

Name: *(Please Print)*   Melissa A. Meister

Relationship to Lawsuit

Firm Name:   Waymaker LLP

☒ Attorney for Plaintiff

Telephone No.: 424-652-7800 Six digit Unified Bar No.: 978853

☐ Self (Pro Se)

☐ Other: _____

TYPE OF CASE:  ☐ Non-Jury     ☐ 6 Person Jury     ☒ 12 Person Jury

Demand: $_____     Other: Damages to be proven at trial

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____  Judge: _____  Calendar #:_____

Case No.:_____  Judge: _____  Calendar#:_____

NATURE OF SUIT:     *(Check One Box Only)*

**A. CONTRACTS**                                         **COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
    Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
    Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
    Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
    Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
    Under $25,000 Consent Denied

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☒ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
    Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
    Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE          IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 05 Ejectment
☐ 09 Special Writ/Warrants
      (DC Code § 11-941)
☐ 10  Traffic Adjudication
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☐ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
      (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
      Vacate Arbitration Award (DC Code § 16-4401)
☐ 29 Merit Personnel Act (OHR)
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment/Domestic
☐ 08 Foreign Judgment/International
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
      Certificate
☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
☐ 27 Petition for Civil Asset Forfeiture (Currency)
☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
      Judgment [ D.C. Code §
      2-1802.03 (h) or 32-151 9 (a)]
☐ 20 Master Meter (D.C. Code §
      42-3301, et seq.)

☐ 21 Petition for Subpoena
      [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a)(1)
      (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 04 Condemnation (Eminent Domain)
☐ 10 Mortgage Foreclosure/Judicial Sale
☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title
☐ 25 Liens: Tax / Water Consent Granted
☐ 30 Liens: Tax / Water Consent Denied
☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

_____ 8/24/2022
Date

CV-496/ June 2015

Superior Court of the District of Columbia
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Filed
**D.C. Superior Court**
**08/25/2022 14:03PM**
**Clerk of the Court**

Animal Outlook
_____
Plaintiff

vs.

Case Number __2022 CA 003830 B__

American Heart Association, Inc.
_____
Defendant

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Melissa A. Meister
_____
Name of Plaintiff's Attorney

515 S. Flower St., Suite 3500, Los Angeles, CA 90071
_____
Address

424–652–7800
_____
Telephone

_Clerk of the Court_

By _____
          Deputy Clerk

Date _____

如需翻譯,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주시기 바랍니다.          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
_____ Demandante

contra

Número de Caso: _____

_____
_____ Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____     Por: _____
Dirección                                                            Subsecretario

_____     Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

ትርጉም ለማግኘት (202) 879-4828 ይደውሉ     번역을 원하시면 (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

Filed
D.C. Superior Court
08/26/2022 13:25PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ANIMAL OUTLOOK,
6930 Carroll Avenue, Suite 439
Takoma Park, Maryland 20912

        Plaintiff,

    v.

AMERICAN HEART ASSOCIATION, INC.
7272 Greenville Avenue
Dallas, Texas 75231

and DOES, 1-20,

        Defendants.

Case No. __2022 CA 003830 B__

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Plaintiff Animal Outlook ("Animal Outlook"), a national nonprofit, charitable organization, in its own and in a representative capacity on behalf of the general public, brings this Complaint against Defendant American Heart Association, Inc. ("AHA") for damages and to enforce its rights pursuant to the District of Columbia Consumer Protection Procedures Act ("CPPA"), D.C. Code §§ 28-3901 to 28-3913, and for common law claims for negligent misrepresentation and unjust enrichment. At its core, for its own benefit, AHA is knowingly and actively misleading consumers through its Heart-Check Certification program and through its website and promotional materials regarding the cardiovascular effects of eating beef, as the following allegations detail:

## INTRODUCTION

1.      AHA is a non-profit, charitable organization whose stated mission is to help people "build[] healthier lives, free of cardiovascular diseases and stroke." It is a noble mission, and, in 1995, AHA started the Heart-Check Certification program in an apparent attempt to fulfill it. The Heart-Check Certification program professes to guide consumers towards making nutritional choices by recommending to consumers products that are "heart healthy." As part of this program, AHA makes such recommendations through its Heart-Check Certification mark ("Heart-Check Mark" or the "AHA Mark"), in which AHA endorses certain food products as "heart healthy" by allowing manufacturers to affix the AHA Mark on their products. AHA also makes statements about the nutritional value of certain food products on its website, on social media, and in other promotional materials.

2.      AHA advertises its Heart-Check Certification program on its website by assuring consumers that they can "[t]rust the Heart-Check Mark" because AHA is "the nation's oldest, largest voluntary health organization devoted to fighting cardiovascular diseases and stroke," and

because it bases its criteria for the program on "[AHA]'s scientific statements and recommendations."[1]  AHA assures consumers that the Heart-Check Certification program works, claiming that people who "report eating foods that meet the Heart-Check certification requirements are more likely to eat healthier and have fewer heart disease risk factors."[2]

3.      But what AHA does not tell the public is that, in exchange for a fee, AHA allows purveyors of beef to display the AHA Mark on their products and market them as "heart healthy," even though doing so runs directly counter to AHA's stated mission and its own admissions that eating beef is not, in fact, heart healthy.  Indeed, AHA does not disclose anywhere on or near the AHA Mark that companies, including purveyors of beef, pay AHA to place the AHA Mark on their products.  Nor does AHA require that beef purveyors paying to use the AHA Mark disclose to consumers on their packaging that they have paid for use of the mark. Not only do manufacturers and producers of beef buy the approval of this widely-trusted organization in order to tout AHA's Heart-Check Mark on their meat products, but the omission of any disclosure on or near the AHA Mark is materially deceptive and misleading to consumers.

4.      In addition, AHA promotes its organization and, in particular, its Heart-Check Certification program to consumers as employing AHA's own independent scientific and nutritional guidelines.  AHA tells consumers that "[t]he Heart-Check Food Certification Program's nutrition requirements for certification are based on the sound science of the [AHA] regarding healthy dietary recommendations including food categories, specific product ingredients and nutrient values," and that "[a]ll products must *also* meet government regulatory

---

[1] *Why You Can Trust the Heart-Check Mark*, Am. Heart Ass'n (Apr 30, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/why-you-can-trust-the-heart-check-mark (last visited August 24, 2022).

[2] *Id.*

requirements for making a coronary heart disease health claim."[3] (Emphasis added.)  In such a way, AHA misleads the public into believing that beef products bearing the AHA Mark adhere to AHA's own independent scientific and nutritional guidelines, in addition to the government's minimum guidelines.  However, with respect to beef, AHA's Heart-Check Certification program relies on nothing more than the government's minimum guidelines.

5.     Further, AHA has made numerous claims on its website and in its promotional materials stating that beef is "heart healthy," despite full knowledge that these claims are false. At least two official peer-reviewed medical journals published on behalf of AHA, *Journal of the American Heart Association* (JAHA) and *Arteriosclerosis, Thrombosis, and Vascular Biology* (ATVB), as well as independent scientific studies and health and nutrition experts alike, have long-recognized that beef is not "heart healthy."  By way of example and not limitation, scientific studies reflect that eating only a small portion of beef presents a higher risk of cardiovascular disease.[4]  AHA is aware of these studies, and their results, and has acknowledged

---

[3] *Heart-Check Food Certification Program Nutrition Requirements*, Am. Heart Ass'n, https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/heart-check-in-the-grocery-store/heart-check-food-certification-program-nutrition-requirements #:~:text=The%20Heart%2DCheck%20Food%20Certification,product%20ingredients%20and%2 0nutrient%20values  (last visited August 24, 2022).

[4] *See, e.g., Study strengthens links between red meat and heart disease,* European Society of Cardiology (April 15, 2021), https://www.escardio.org/The-ESC/Press-Office/Press-releases/study-strengthens-links-between-red-meat-and-heart-disease#:~:text=Sophia%20Antipolis%20%E2%80%93%2015%20April%202021,Society%20of %20Cardiology%20(ESC); M. Paul, *Meat Consumption Raises Risk of Heart Disease and Death, 180 JAMA Internal Med. 503* (Feb. 3, 2020), https://news.feinberg.northwestern.edu/ 2020/02/meat-consumption-raises-risk-of-heart-disease-and-death/; K. Paper, *Meat consumption and risk of 25 common conditions: outcome-wide analyses in 475,000 men and women in the UK Biobank study, 19 BMC Medicine 53* (Mar. 2021), https://bmcmedicine.biomedcentral.com/ articles/10.1186/s12916-021-01922-9; *Cleveland Clinic Studies Reveal Role of Red Meat in Gut Bacteria, Heart Disease Development,* Newsroom (December 10, 2018), https://newsroom. clevelandclinic.org/2018/12/10/cleveland-clinic-studies-reveal-role-of-red-meat-in-gut-bacteria-

them.  For example, and contrary to AHA's claims to consumers, AHA has published articles and peer-reviewed studies unrelated to the Heart-Check Certification program that state that beef is not heart healthy and recommend limiting beef intake or, in some cases, avoiding it altogether.[5]  In fact, ATVB published a study as recently as August 1, 2022, which reaffirmed that eating red meat causes a higher risk of cardiovascular disease than does fish, poultry, or eggs.[6]  AHA thus contradicts itself regarding the heart-health effects of beef, particularly when it stands to profit from licensing the AHA Mark to paying companies.

6.      AHA's practice of authorizing the use of the AHA Mark on beef products, while failing to disclose that the AHA Mark is paid for or that AHA only requires that beef products meet the government's minimum standards to qualify for use of the AHA Mark, leads consumers to believe that these beef brands are "heart healthy" and possess some cardiovascular benefit(s) not enjoyed by products that have not been certified by AHA.  This, however, is false.  By allowing the use of the AHA Mark on certain beef products and making claims on its website and in its promotional materials about the Heart-Check Certification program and the health

---

heart-disease-development/#:~:text=In%20concurrent%20studies%2C%20Cleveland%20Clinic, Stanley%20Hazen%2C%20M.D.%2C%20Ph (last visited May 18, 2022).

[5] *See, e.g., Picking Healthy Proteins*, Am. Heart Ass'n (November 1, 2021), https://www.heart.org/en/healthy-living/healthy-eating/eat-smart/nutrition-basics/meat-poultry-and-fish-picking-healthy-proteins#:~:text=In%20general%2C%20red%20meats%20 (such,skinless%20poultry%2C%20and%20unprocessed%20forms; *Saturated Fat*, Am. Heart Ass'n (November 1, 2021), https://www.heart.org/en/healthy-living/healthy-eating/eat-smart/fats/saturated-fats; *Cardiovascular Harm From Egg Yolk and Meat: More Than Just Cholesterol and Saturated Fat*, Journal of the Am. Heart Ass'n (March 15, 2021), https://www.ahajournals.org/doi/10.1161/JAHA.120.017066  (last visited May 18, 2022).

[6] *Dietary Meat, Trimethylamine N-Oxide-Related Metabolites, and Incident Cardiovascular Disease Among Older Adults: The Cardiovascular Health Study*, Arteriosclerosis, Thrombosis, and Vascular Biology (August 1, 2022), https://www.ahajournals.org/doi/10.1161/ATVBAHA. 121.316533 (last visited August 9, 2022).

benefits of eating beef, AHA is actively and knowingly misleading consumers regarding the

cardiovascular risks associated with eating beef.  These deceptive practices present substantial

health risks to consumers, including the more than five million American consumers suffering

from congestive heart failure for whom consumption of beef is particularly detrimental.

7.      Ultimately, AHA's deceptive, false, and misleading advertising and marketing

practices constitute an unlawful trade practice, and therefore violate the CPPA.  *See* D.C. Code

§§ 22-1511 and 28-3904(a), (d), (e), (f), (f-1), (h).

8.      This deceptive, false and misleading advertising and marketing is also unlawful

under the Federal Trade Commission Act ("FTCA"), 15 U.S. C. §§ 41-58, and therefore

constitutes a further unlawful practice under the CPPA.  *See id.* § 45(a)(1); D.C. Code § 28-

3904(x).

9.      All such statutory violations are actionable by way of the cause of action available

to organizational plaintiffs, such as Animal Outlook, under the CPPA.  D.C. Code § 28-

3905(k)(1).  Specifically, Animal Outlook, an animal protection and public interest nonprofit

organization, has standing to sue AHA on behalf of the interests of Animal Outlook and

consumers because it has a "sufficient nexus" to "adequately represent those interests" in

preventing AHA from misleading the public by failing to disclose that the AHA Mark is a paid

endorsement of certain beef products; by failing to disclose that AHA only follows the minimum

federal guidelines in deciding which beef products may display the AHA Mark; and for falsely

claiming that beef products are "heart healthy" when they are demonstrably not.  *See* D.C. Code

§ 28-3905(k)(1)(D).

10.      Additionally, Animal Outlook, a national nonprofit organization, has standing

pursuant to D.C. Code § 28-3905(k)(1)(A)(C), on behalf of itself and on behalf of the general

public, to bring an action seeking relief from the use of any AHA trade practice in violation of a law of the District of Columbia.  *See* D.C. Code § 28-3905(k)(1)(D).

11.     Animal Outlook also has the requisite standing because AHA's actions cause a "concrete and demonstrable injury to the organization's activities." *Equal Rights Ctr. v. Properties Intern.*, 110 A.3d 599, 604 (D.C. 2015) (quoting *Havens Realty Corp. v. Coleman*, 455 U.S. 363, 379 (1982)).  In addition, there is a "direct conflict between the defendant's conduct and the organization's mission.'" *D.C. Appleseed Ctr. for Law and Justice v. Dist. of Columbia Dep't of Ins.*, 54 A.3d 1188, 1209 (D.C. 2012) (quoting *Nat'l Treasury Emps. Union v. United States*, 101 F.3d 1423, 1430 (D.C. Cir.1996)).  Moreover, AHA's unlawful activities have "frustrated" Animal Outlook's purpose of promoting the truth about animal agribusiness and animal consumption, and Animal Outlook has had to use its resources to "counteract the negative message." *Molovinsky v. Fair Employment Council of Greater Wash., Inc.*, 683 A.2d 142, 147 (1996).

12.     Among other objectives, Animal Outlook intends to raise awareness as to the falsity and deception surrounding AHA's advertising and endorsement of beef products, as doing so will inform consumers of the true risks of eating beef, decrease the number of animals slaughtered for food, promote heart-healthier diets, and challenge the status quo of animal agribusiness through food system reform.

## PARTIES

13.     Plaintiff Animal Outlook is a national nonprofit animal advocacy organization whose mission is to challenge the status quo of animal agribusiness through investigations, legal advocacy, corporate and food system reform, and to empower consumers to make more informed decisions about the consumption of animal products, including beef.  Animal Outlook is a

Delaware corporation that transacts business in the District of Columbia and throughout the United States.  Animal Outlook's principal place of business is 6930 Carroll Avenue, Suite 439, Takoma Park, Maryland 20912.

14.     Since 1995, Animal Outlook has worked to fulfill its mission by revealing the truth to consumers about agribusiness, the misleading marketing of animal products and unfair business practices through education, investigation, litigation, legislation, advocacy, and outreach on behalf of thousands of constituents in the District of Columbia and nationwide. Through its work, Animal Outlook has already inspired thousands to make compassionate and healthy choices by helping to ensure consumers are provided with accurate information about meat and dairy production and marketing, so that they can make informed decisions about whether to consume animal products.

15.     Defendant AHA is a non-profit corporation.  AHA is incorporated in New York, New York and headquartered in Dallas, Texas.  According to its website, AHA is the nation's oldest and largest voluntary organization dedicated to fighting cardiovascular diseases, and AHA's purported mission is "[b]uilding healthier lives, free of cardiovascular diseases and stroke."[7]  AHA claims its "mission drives everything we do."[8]  AHA includes the American Stroke Association, which was created in 1997 as a division of AHA, to bring together the stroke-related activities of the organization.  AHA purportedly seeks to improve Americans' health through various efforts, including public education and the Heart-Check Certification

---

[7] *About the American Heart Association & American Stroke Association*, Am. Heart Ass'n, https://www2.heart.org/site/SPageServer/;jsessionid=00000000.app30115b? NONCE_TOKEN=F72C475DE5350449307C1A4954AFB445&pagename=funraiser13_aboutus (last visited August 24, 2022).

[8] *Id.*

7

program, which "is designed to help consumers make informed choices about the foods they purchase."[9]

16.     Animal Outlook is unaware of the true names and capacities, whether individual, corporate, associate, or otherwise, of defendants DOES 1 through 20, inclusive, or any of them, and therefore sues these defendants, and each of them, by such fictitious names.  Animal Outlook will seek leave of this Court to amend this Complaint when the status and identities of these defendants are ascertained.

## JURISDICTION AND VENUE

17.     This Court has subject matter jurisdiction over statutory claims in this matter pursuant to D.C. Code § 28-3905(k)(1).  The Court has personal jurisdiction over AHA pursuant to D.C. Code §§ 13-334(a) and 13-423(a)(1) because the allegations and claims for relief herein arise from AHA's "doing business" and "transacting . . . business" in this District.  In addition, AHA has been registered to do business in this District since 1998 and has a registered agent for service of process in the District.

18.     As a result of AHA's purposeful and substantial promotion of beef and beef products in the District of Columbia, through products sold in retail stores that are located in the District, as well as through websites, social media, and other promotional materials available in the District, AHA has established sufficient contacts with this District such that it is reasonable for AHA to anticipate being subject to action in the courts of this District.

19.     Venue is proper in the District of Columbia pursuant to D.C. Code § 28-3905(k)(2) because Animal Outlook seeks to represent consumers and residents of this District

---

[9] *How the Heart-Check Food Certification Program Works*, Am. Heart Ass'n, (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/how-the-heart-check-food-certification-program-works (last visited August 24, 2022).

who have purchased beef products displaying the AHA Mark, and/or been subject to AHA's promotional materials.  These transactions occurred in grocery and other stores located in Washington, D.C.  Further, AHA transacts business and has caused injury in Washington, D.C., this action relates to AHA's activities within this District, and AHA is subject to the Court's personal jurisdiction with respect to this action.

### FACTUAL ALLEGATIONS

A.     **Despite its Noble Mission, AHA Misleads Consumers by Using the AHA Mark to Promote Beef but Failing to Disclose It Is a Paid Endorsement**

20.     AHA is a non-profit, charitable organization with a noble mission: helping people "to build healthier lives, free of cardiovascular diseases and stroke."  Each year, AHA receives hundreds of millions of dollars in donations by portraying itself as the premier charity leading the crusade against heart disease.[10]  AHA promotes itself as "the nation's oldest and largest voluntary organization dedicated to fighting heart disease and stroke" with a long history of "striving to save and improve lives."[11]  AHA encourages the public's trust in its mission, purporting to be "the trusted authority on fighting heart disease and stroke."[12]

21.     In 1995, AHA launched the Heart-Check Certification program to help guide shoppers toward making "healthier choices" by helping them choose certain products for consumption, based on AHA's guidance.  As part of this program, AHA allows certain

---

[10] *American Heart Association, Inc. Financial Highlights: Fiscal Year July 1, 2019 through June 30, 2020*, Am. Heart Ass'n, https://www.heart.org/-/media/Files/Finance/20192020-Financial-Highlights.pdf (last visited May 18, 2022).

[11] *About Us*, Am. Heart Ass'n, https://www.heart.org/en/about-us (last visited August 24, 2022).

[12] CEO Welcome Video, Am. Heart Ass'n YouTube Channel (December 22, 2017), https://www.youtube.com/watch?v=MqSw3yM6StA (last visited May 18, 2022).

companies to affix a mark to their products that says, "[AHA] Certified – Meets Criteria for Heart Healthy Food [or Meal]."  According to AHA, affixing this mark to certain products, but not others, "is designed to help consumers make informed choices about the foods they purchase."[13]

22.    AHA assures consumers that they "can trust the Heart-Check Mark" because AHA is a "trustworthy organization" that is "devoted to fighting cardiovascular diseases and stroke."[14]   AHA advises consumers on its website and in its promotional materials that the AHA Mark means a product is "heart healthy," and that buying products with the AHA Mark will help guide them toward making healthy, nutritional food choices.  Indeed, AHA tells consumers that "[t]he Heart-Check mark makes it easy to spot heart-healthy foods in the grocery store.  Simply look for the name of the [AHA] along with our familiar red heart with a white check mark on the package or menu."[15]

23.    AHA also assures consumers that the criteria it uses for its Heart-Check Certification program is based on sound science.  Specifically, AHA tells consumers that they can trust the AHA Mark because AHA uses "Science-based Criteria" in determining which

---

[13]  *How the Heart-Check Food Certification Program Works*, Am. Heart Ass'n (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/how-the-heart-check-food-certification-program-works (last visited August 24, 2022).

[14] *Why You Can Trust the Heart-Check Mark*, Am. Heart Ass'n (Apr 30, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/why-you-can-trust-the-heart-check-mark (last visited August 24, 2022).

[15] *How the Heart-Check Food Certification Program Works*, Am. Heart Ass'n (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/how-the-heart-check-food-certification-program-works (last visited August 24, 2022)

products to endorse through its Heart-Check Certification program, and that the "Heart-Check program criteria are based on [AHA] scientific statements and recommendations."[16]

24.     AHA further advises consumers that only the AHA Mark has the approval of this trusted organization; no other mark does.  AHA warns consumers that "not all heart-healthy claims you see are from [AHA]; look for the AHA name to be sure.  When you spot [AHA's] Heart-Check mark, you'll instantly know the food has been certified to meet our nutrition requirements."[17]  AHA cites studies in support of the efficacy of its Heart-Check Certification program, including "[a] 2014 research study [that] found that people who report eating foods that meet Heart-Check certification requirements are more likely to eat healthier and have fewer heart disease risk factors."[18]  The message conveyed to consumers by AHA is clear: AHA-certified foods comply with AHA's own scientific nutritional standards, which are higher than those of government standards or that of other organizations.

25.     AHA's efforts appear to be working.  AHA itself acknowledges that "consumer research shows that 'the AHA is the authority most trusted by consumers to decide if a product may display a nutrition message or mark.'"[19]  According to AHA, "3 out of 4 consumers say

---

[16] *Why You Can Trust the Heart-Check Mark*, Am. Heart Ass'n (Apr 30, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/why-you-can-trust-the-heart-check-mark (last visited August 24, 2022).

[17] *How the Heart-Check Food Certification Program Works*, Am. Heart Ass'n (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/how-the-heart-check-food-certification-program-works (last visited August 24, 2022).

[18] *Heart-Check: A Small Check That Can Make a Big Difference*, Am. Heart Ass'n (May 22, 2018), https://www.goredforwomen.org/en/healthy-living/healthy-eating/heart-check-foods/heart-check-a-small-check-that-can-make-a-big-difference (last visited May 19, 2022).

[19] *Why You Can Trust the Heart-Check Mark*, Am. Heart Ass'n (Apr. 30, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/why-you-can-trust-the-heart-check-mark (last visited August 24, 2022).

they are more likely to purchase foods that feature the Heart-Check mark, regardless of age or kids in household."[20]

26.     But what AHA does not tell consumers is that AHA sells the AHA Mark to beef purveyors for placement on their beef products.  Indeed, at the same time that AHA assures consumers that they can trust the independent scientific and nutritional standards that the Heart-Check Certification program and AHA Mark represent, AHA markets the Heart-Check Certification program to companies, including purveyors of beef, telling them that, in exchange for a fee to AHA, they can use the AHA Mark on their products to market them as certified by AHA as "heart healthy."

27.     AHA's pitch to manufacturers emphasizes the benefits to a company of displaying the AHA Mark on their products, and how such a mark will be perceived and used by consumers.  Specifically, AHA promotes its Heart-Check Certification program to companies by telling them that using the AHA Mark will "connect your company and brand with consumers' interest in heart health."[21]  AHA tells food manufacturers that the "Heart-Check certification provides added credibility for your brand, boosts your product's visibility and helps your company connect with health-conscious consumers.  Seeing the Heart-Check mark assures shoppers they are making a smart choice."[22]  Beef purveyors are taking notice.  According to a

---

[20] *Heart-Check Food Certification Program Guide*, Am. Heart Ass'n, p. 2 (Dec. 2019) (citing Healthy Living rewards Concept Test Report, May 2016), https://recipes.heart.org/-/media/Files/Healthy-Living/Company-Collaboration/Heart-Check-Certification/Heart-Check-Food-Certification-Guide.pdf  (last visited May 19, 2022).

[21] *Id.*

[22] *Id.*

representative of the Beef Checkoff, a national marketing and research program designed to

increase the demand for beef:[23]

> The reinforcement to consumers that beef offers not only a delicious eating experience but one the [AHA] has specifically identified as "heart-healthy" is positive news for the checkoff . . . . We are definitely seeing the [AHA]-certified beef cuts gaining awareness among consumers and retailers are recognizing the value they bring in the meat case.  It's exciting to literally see our checkoff dollars at work in the meat case, providing return on investment to producers, but also providing that visible affirmation to consumers that they are making a nutritious purchase for mealtime.  Beef can do a heart good![24]

28.     But AHA's failure to include or disclose that the AHA Mark is a paid

endorsement on or anywhere near the mark, or to require such a disclosure, is not only materially

misleading, it is also in direct contravention of federal food labeling laws.  In order to protect

consumers from being misled, laws regulating food labeling require disclosure in any instance

where a company has paid to receive an endorsement that is placed on a product label.

29.     According to the FDA's 1993 Final Rule: Food Labeling, General Requirements

for Health Claims for Food:

> The agency recognizes that endorsements made for compensation by private organizations or individuals may be misleading to consumers.  The agency is advising that when such endorsements are made, a statement should be included in close proximity to the claim, informing consumers that the organization or individual was compensated for the endorsement.  Failure to divulge this information on a label that bears a paid endorsement would cause the product to be misbranded under sections 403(a) and 201(n) of the act for failure to reveal a fact that is material.

---

[23] *What is the Beef Checkoff?*, BEEF, https://www.beefboard.org/checkoff/#:~:text=The %20Beef%20Checkoff%20program%20is%20a%20national%20marketing%20and%20research, beef%20at%20home%20and%20abroad.&text=Under%20the%20program%2C%20producers% 20and,equivalent%20on%20beef%20they%20import (last visited May 19, 2022).

[24] *Heart-Check Mark Continues to Drive Beef Sales*, Hoard's Dairyman (July 9, 2013), https://hoards.com/article-9507-heartcheck-mark-continues-to-drive-beef-sales.html  (last visited May 19, 2022).

30.     The failure to disclose that an endorsement was a paid endorsement also violates 21 C.F.R. § 1.21, which mandates that it is unlawful to fail to reveal a material fact on the label of a food product.

31.     The failure to disclose that the endorsement is a paid endorsement further violates 16 C.F.R. § 255.1(d), which states that "[a]dvertisers are subject to liability for false or unsubstantiated statements made through endorsements, or for failing to disclose material connections between themselves and their endorsers. . . . [and that] [e]ndorsers also may be liable for statements made in the course of their endorsements."

32.     In addition, the failure to disclose that the endorsement is a paid endorsement violates 16 C.F.R. § 255.5, which states that, "[w]hen there exists a connection between the endorser and the seller of the advertised product that might materially affect the weight or credibility of the endorsement (i.e., the connection is not reasonably expected by the audience), such connection must be fully disclosed."

33.     In direct violation of labeling laws and the FDA rules, AHA receives compensation from meat producers to display the AHA Mark on their beef products without disclosing that it is a paid endorsement anywhere on or near the mark.

34.     While AHA benefits from the fees paid to it by beef manufacturers and the advertising and name recognition that comes from having its logo emblazoned on millions of food containers, and manufacturers benefit through increased sales and premium pricing for AHA-certified products, consumers end up only with falsely labeled products which they would have viewed differently—or not have purchased at all—had they been told the truth about those products.

14

35.     AHA's Heart-Check certification scheme thus runs directly counter to AHA's own guidance and stated mission.  Instead of aiding the consuming public, AHA's Heart-Check Certification program detrimentally misleads them.  Specifically, placement of the AHA Mark on beef products falsely leads consumers to believe these products benefit their cardiovascular health.  Moreover, AHA fails to disclose to consumers anywhere on or near the AHA Mark that companies pay for the use of the mark.  AHA therefore creates the false impression that those products have been endorsed by AHA solely because they meet AHA's independent nutritional guidelines, when, in fact, this is not the case.

**B.**     **AHA Misleads Consumers By Suggesting that the Heart-Check Certification Program Has Standards Higher than the Government's Minimum Standards**

36.     AHA's Heart-Check Certification program is materially misleading for another reason: AHA tells consumers that it uses its own independent scientific standards to evaluate the products it endorses under the program.  With respect to beef, however, AHA only uses the government's minimum standards.

37.     Indeed, AHA tells consumers, "the Heart-Check Food Certification Program's nutrition requirements for certification are based on the sound science of the [AHA] regarding healthy dietary recommendations including food categories, specific product ingredients and nutrient values."[25]  AHA further claims, "To be certified, a product must meet specific nutrition requirements.  The Heart-Check program has seven different categories of certification, and each

---

[25] *Heart-Check Food Certification Program Nutrition Requirements*, Am. Heart Ass'n, https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/heart-check-in-the-grocery-store/heart-check-food-certification-program-nutrition-requirements #:~:text=The%20Heart%2DCheck%20Food%20Certification,product%20ingredients%20and%2 0nutrient%20values  (last visited July 25, 2022).

15

category has a different set of nutrition requirements.  All products must *also* meet government regulatory requirements for making a coronary heart disease health claim."[26] (Emphasis added.)

38.     Through such representations, AHA signifies to consumers that AHA-certified products have cardiovascular benefits above and beyond that which is enjoyed by non-certified products that are merely in compliance with the government's minimal heart-health regulations. But this is false.  Instead, the criteria AHA uses when selling its AHA Mark to beef manufacturers are nothing more than the government's minimum criteria, not AHA's own advertised higher standards.

39.     For example, AHA advertises on its website that its "Standard Certification" for "Extra Lean" meat and seafood is less than 2 g per 100 g for saturated fat, less than 0.5 g per label serving for trans fat and less than 95 mg per reference amount customarily consumed ("RACC") and per 100 g for cholesterol.[27]  But AHA does not make clear to consumers that these are only the government's minimum requirements for these categories.  *See, e.g.,* 21 C.F.R. §§ 101.62(c), (e)(4) ("extra lean" meats must have less than 2 grams saturated fat, 0.5 trans fat and 95 mg cholesterol per RACC and per 100 g), 101.75.  Similarly, AHA advertises that, to be AHA certified, meat must have beneficial nutrients (naturally occurring) of 10% or more of the Daily Value of 1 of 6 nutrients (vitamin A, vitamin C, iron, calcium, protein or dietary fiber).[28] Again, however, AHA does not make clear to consumers that these requirements are only the

---

[26] *Id.*

[27] *Heart-Check Food Certification Program Nutrition Requirements*, https://www.heart.org/en/ healthy-living/company-collaboration/heart-check-certification/heart-check-in-the-grocery-store/heart-check-food-certification-program-nutrition-requirements#:~:text=The%20Heart %2DCheck%20Food%20Certification,product%20ingredients%20and%20nutrient%20values (last checked July 25, 2022).

[28] *Id.*

government's minimum requirements.  *See* 21 C.F.R. § 101.65(d)(2)(i) ("healthy" meat must contain at least 10% of the reference daily intake or daily reference value per retinol activity of one or more of vitamin A, vitamin C, iron, calcium protein or dietary fiber).

40.     Through AHA's representations about its Heart-Check Certification program, and the AHA Mark in particular, AHA represents and conveys to consumers that an independent third party has certified the healthiness, and specifically, the heart-healthiness of the beef products in question.  But AHA does not make clear to consumers that, in reality, AHA only relies on the government's minimum standards for certain categories in deciding whether to allow the mark on beef products, and not AHA's own advertised independent dietary and nutritional standards (and that, even then, the AHA Mark is obtained only after meat producers pay for its placement).  Had AHA clearly disclosed that the Heart-Check Certification program relies only on the government's minimum standards, consumers would not view the certification as independent or legitimate and would not view the product as being healthier and more beneficial than other alternatives.

### C.     AHA's Actions Harm Animal Outlook and Its Mission

41.     Animal Outlook is a non-profit organization that works to advocate for animals and protect consumers through education, investigation, litigation, legislation, advocacy, and outreach.  In particular, Animal Outlook advocates against government policies that encourage or allow cruelty to farmed animals, conducts public education on the realities of animal agriculture and dietary choices, coordinates public campaigns to encourage the adoption of vegan diets, and conducts undercover investigations to expose cruelty at factory farms and slaughterhouses.

42.     Part of Animal Outlook's mission is to educate consumers and protect them from being misled by deceptive claims about the health benefits of meat products.  As such, Animal

17

Outlook engages consumers, corporations, and policymakers to spur reform in the treatment of animals raised for food and in the marketing and advertising of animal products, including beef. Animal Outlook has worked in numerous ways to outline the harm to human health caused by beef products, including through public education, such as blogs and social media posts, and events, such as "DC Veg Fest," which it hosts every year in the District of Columbia to promote vegan eating and its benefits (https://dcvegfest.com/). These efforts are intended to educate consumers about the true health effects of beef and other animal products, so that individuals can make informed purchasing decisions and use the information to compare facts about meat consumption against marketing claims.

43.     Animal Outlook regularly engages in initiatives that advance consumer protection and enhance transparency in advertising. As representative examples, Animal Outlook has brought lawsuits or advocated for policy changes against the Food and Drug Administration ("FDA"), Federal Trade Commission ("FTC"), United States Department of Agriculture ("USDA") and its Food Safety and Inspection Service ("FSIS"), Simple Truth (Kroger, Co.'s store brand), Cooke Aquaculture, Hormel, Butterball, and numerous others.

44.     Animal Outlook has frequently submitted public comments to federal agencies on food labeling regulations, especially those that touch upon beef product claims.[29] Animal Outlook also engages major corporations to help educate them about systematic mistreatment of animals in agribusiness and campaigns for the introduction of plant-based food options. For

---

[29] *See, e.g., Re: Petition 18-01, United States Cattlemen's Association Petition for the Imposition of Beef and Meat Labeling Requirements*, https://www.fsis.usda.gov/sites/default/files/media_file/2020-07/18-01-Animal-Opposition-Ltr-040918.pdf; *see also COK Asks Federal Agencies: Don't 'Kill' Slaughter-Free Meat*, https://animaloutlook.org/cok-asks-federal-agencies-dont-kill-slaughter-free-meat/ (last visited May 19, 2022) (Animal Outlook was formerly known as Compassion Over Killing).

example, after more than six years of campaigning by Animal Outlook, Starbucks finally acknowledged a shift to plant-based eating and released its Chickpea Bites and Avocado Protein Box nationwide in March 2021.[30]  Moreover, in the wake of Animal Outlook's shocking investigation,[31] Nestlé launched a vegan bacon cheeseburger for major restaurant chains and ditched its U.S. ice cream business after hearing from the more than 20,000 consumers who spoke up against the cruelty Animal Outlook documented in Nestlé's dairy supply chain.[32]

45.      Animal Outlook seeks to raise awareness to the falsity and deception surrounding AHA's advertising and endorsement of beef products in order to decrease the number of animals slaughtered for food, promote heart-healthier diets and encourage veganism.  Indeed, AHA's deceptive advertising and promotion of beef products thwarts Animal Outlook's efforts to educate consumers, including corporate outreach targets, about the health risks of consuming beef.  This deception by AHA also directly impairs Animal Outlook and its work to engage and convince retailers, restaurants, and others that beef is not heart healthy.

46.      Moreover, due to deceptive advertising such as that engaged in by AHA, Animal Outlook has had to divert human and financial resources to increase and supplement its corporate and consumer outreach concerning the health risks of beef products.  But for AHA's conduct, Animal Outlook would use those important resources in other ways.  These injuries will be

---

[30] *VICTORY: Starbucks Launches Vegan Food Option Nationwide*, Animal Outlook (March 1, 2021), https://animaloutlook.org/victory-starbucks-launches-vegan-food-option-nationwide/ (last visited August 8, 2022).

[31] *Nestlé's Nightmare: The Hard-to-Swallow Truth*, Animal Outlook, https://animaloutlook.org/investigations/nestles-nightmare/ (last visited August 8, 2022).

[32] *Nestlé Drops Ice Cream Business*, Animal Outlook (December 12, 2019), https://animaloutlook.org/nestle-drops-ice-cream-after-cok-investigation-reveals-cruelty-in-dairy-supply-line/  (last visited August 8, 2022).

redressed if Animal Outlook prevails in this action because AHA's false and misleading advertisements would cease and consumers would be spared the harm that AHA's deceptive conduct has caused.

47. Animal Outlook has recently documented products affixed with the Heart-Check Certification at stores and markets in several jurisdictions across the United States, including in the District of Columbia. For example, the following images were captured on March 16, 2022 at Harris Teeter, 1631 Kalorama Road NW, Unit 100, Washington, D.C. 20009:



48.     In addition, the following images were captured on March 11, 2022, at the Harris

Teeter located at 401 M Street SE Washington, DC 20003:

 



49.     AHA drives sales of beef in the District of Columbia by endorsing beef products with the AHA Mark, as shown above.  Consumers in this District and elsewhere who trust AHA's brand are induced by the AHA Mark to purchase beef in the false belief that it will foster and promote heart health.

**D.      AHA Induces Trusting Consumers to Believe that Eating Beef Products Leads to "Healthy Hearts" Despite Knowing Its Representations Are False**

50.     While much of AHA's work is commendable, its endorsement of beef is misleading and contrary to the organization's mission.  Indeed, AHA recommends beef throughout its website, on social media and in promotional materials, despite knowing that these claims are false.

**1.      AHA Promotes Beef on Its Website**

51.     On its website, AHA conveys the meaning of the Heart-Check Certification program to consumers through a series of broad and unqualified representations suggesting that consumption of products marked with the AHA Mark or otherwise approved through the Heart-Check Certification program, including beef, lead to a healthy heart.  By way of example, and not (nearly) limitation, AHA states the following on its website:

- "One heart.  Hundreds of heart-healthy options."[33]

- "Foods bearing the heart-check mark are building blocks that make it easier for shoppers to construct a heart-healthy diet."[34]

---

[33] *American Heart Association Heart-Check Certification*, Am. Heart Ass'n, https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification (last visited May 19, 2022).

[34] *Heart-Check in the Grocery Store*, Am. Heart Ass'n, (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/heart-check-in-the-grocery-store  (last visited May 19, 2022).

- "The Heart-Check mark makes it easy to spot heart-healthy foods in the grocery store.  Simply look for the name of the [AHA] along with our familiar red heart with a white check mark on the package or menu."[35]

- "Use the Heart-Check Certified Product List when creating your shopping list to make smart, heart-healthy choices easier at the grocery store!"[36]

- "The Heart-Check mark is a simple tool to help you Eat Smart.  When you see it, you can be confident that a product aligns with the [AHA]'s recommendations for an overall healthy eating pattern."[37]

- "When you spot the [AHA's] Heart-Check mark, you'll instantly know the food has been certified to meet our nutrition requirements."[38]

- Page: "Heart-Check Certified Recipes"[39]

    o "The American Heart Association's Heart-Check mark is an easy way to cut through the clutter and find foods that can be part of a healthy dietary pattern."

    o "The Heart-Check mark is also helping everyone find heart-healthy recipes they can make at home."

    o Lists 20 beef recipes under the National Cattlemen's Beef Association heading.

---

[35] *How the Heart-Check Food Certification Program Works*, Am. Heart Ass'n, (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/how-the-heart-check-food-certification-program-works (last visited August 24, 2022).

[36] *Check for the Heart-Check Mark Infographic*, Am. Heart Ass'n, (March 25, 2021), https://www.heart.org/en/healthy-living/healthy-eating/heart-check-foods/check-for-the-heart-check-mark-infographic (last visited May 19, 2022).

[37] *Heart-Check Foods*, Am. Heart Ass'n, https://www.heart.org/en/healthy-living/healthy-eating/heart-check-foods (last visited May 19, 2022).

[38] *How the Heart-Check Food Certification Program Works*, Am. Heart Ass'n, (May 1, 2018), https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/how-the-heart-check-food-certification-program-works (last visited August 24, 2022).

[39] *Heart-Check Certified Recipes*, Am. Heart Asss'n, https://www.heart.org/en/healthy-living/company-collaboration/heart-check-certification/heart-check-certified-recipes (last visited May 19, 2022).

52.     Apart from statements made through the Heart-Check Certification program,

AHA makes additional statements on its website representing that meat is healthy:

- Page: "Making the healthy cut: Fish, Poultry and Lean Meats"[40]

    o Lists out options for red meat under the title of "the healthy cut" (although the page does include statements about how to select lean cuts and how to cook them).

- Page: "Industry Nutrition Forum"[41]

    o "Through the Industry Nutrition Forum, we're convening food system industry leaders and academic experts to find common ground and to act together to improve public health.  Members of all sizes and from sectors across the food system support the AHA's Foodscape Innovation[TM] Initiative vision of a healthier, more equitable and more sustainable food system."

    o Industry Nutrition Forum Members include meat producers, such as The Beef Checkoff.[42]

### 2.     AHA Promotes Beef on Its YouTube Account

53.     AHA also uses its YouTube account to post videos which contain a mix of false

and misleading statements that either imply that beef is "healthy," or expressly explain that

products marked with the Heart-Check Certification are "healthy."  By way of but one example:

- October 17, 2014 YouTube Video, entitled: "What is the American Heart Association's Heart-Check Food Certification Program?"[43]

---

[40] *Making the Healthy Cut: Fish, Poultry and Lean Meats,* Am. Heart Ass'n, https://www.heart.org/en/healthy-living/healthy-eating/cooking-skills/preparing/making-the-healthy-cut-fish-poultry-and-lean-meats (last visited May 19, 2022).

[41] *Industry Nutrition Forum*, Am. Heart Ass'n, https://www.heart.org/en/healthy-living/company-collaboration/food-system-strategy/aha-industry-nutrition-forum (last visited May 19, 2022).

[42] *Industry Nutrition Forum Members*, Am. Heart Ass'n, https://www.heart.org/en/healthy-living/company-collaboration/food-system-strategy/aha-industry-nutrition-forum/industry-nutrition-forum-members (last visited May 19, 2022).

[43] *What is the American Heart Association's Heart-Check Food Certification Program*, Am. Heart Ass'n YouTube Channel (Oct. 17, 2014), https://www.youtube.com/watch?v=E-OwX_xf_Ck (last visited May 19, 2022).

- o In both the video and the text description of the video, AHA states: "Backed by sound science, foods baring the Heart-Check mark are building blocks that make it easier for shoppers to construct a heart-healthy diet."

- o "As America's health concerns continue to evolve, and the need for trust information grows, the Heart-Check Mark will continue to lead the way and serve up smart, heart-healthy choices."

- June 6, 2018 YouTube Video, entitled: "Eat Smart with the Heart-Check Mark"[44]

  - o "So you know when you add this little check to other healthier choices, you'll be making a big difference in your health and you'll be one step closer to being healthy for good."

- November 10, 2017 YouTube Video, entitled: "Eat Smart with South Dakota Beef"

  - o "So, one of the main questions I typically get asked is whether beef can be part of a heart-healthy diet. And the answer is yes, there's a lot of research that continues to show that beef can be part of a heart healthy diet. Clinical research has shown over and over that lean beef included in a heart-healthy diet can actually help lower your cholesterol levels as well as blood pressure. And both of these are great because they help reduce your risk for cardiovascular disease."[45]

  - o (Text description of video) "Eating smart doesn't mean you have to give up heart-healthy beef . . . it just means you have to be smarter about how you're choosing, preparing and pairing it. We love these tips from the South Dakota Beef Industry Council's Holly Swee."[46]

- April 6, 2015 YouTube Video, entitled: "Burger Soup"[47]

  - o (Presenter) "I also like it, because it proves if you have a well-stocked pantry and freezer, you can make healthy and inexpensive meals in a snap. So, let's talk about healthier choices when it comes to meat. For our burger

---

[44] *Eat Smart with the Heart-Check Mark*, Am. Heart Ass'n YouTube Channel (Jun. 6, 2018), https://www.youtube.com/watch?v=MsOosGsi4Bw (last visited August 24, 2022).

[45] *Eat Smart with South Dakota Beef*, Am. Heart Ass'n-Midwest YouTube Channel (Nov. 10, 2017), https://www.youtube.com/watch?v=hbex06M1qyM (last visited May 19, 2022).

[46] *Id.*

[47] *Burger Soup*, Am. Heart Ass'n YouTube Channel (Apr. 6, 2015), https://www.youtube.com/watch?v=QZYCL3XX2Ls (last visited May 19, 2022).

soup, I have one pound of 95% extra lean ground sirloin which is a good choice for burgers and meatloaf, too."

- o (Text description of video – also appears in several other videos) "This Simple Cooking with Heart, kid-friendly recipe is a great way to get kids into the kitchen to help out. Get this recipe and more heart-healthy recipes at heart.org/simplecooking."

- October 14, 2016 YouTube Video, entitled: "How to Test Steak Tenderness/Doneness"[48]

  - o "How to Test Steak Tenderness/Doneness" (following video on how to cook beef), followed by graphic with the AHA Logo and "Healthy for Good" in text.

**3. AHA Promotes Beef on Its Facebook Account**

54. In addition, AHA uses its Facebook account to imply that beef is healthy. For example, it has posted the following:

- October 20, 2017 Facebook post, entitled, "Game On with Lean Protein Post"[49]

  - o Caption: "Make your next tailgate healthier with lean meats that are big on flavor. Lean and extra-lean beef, turkey and salmon burgers are perfect for game day grub. For more ways to be #HealthyforGood visit heart.org/EatSmart."

- "Pot Roast Recipe" Facebook Post, captured on August 23, 2021[50]

  - o Caption: "Eating Healthy Can Still be Tasty" with picture and recipe of pot roast

---

[48] *How to Test Steak Tenderness/Doneness*, Am. Heart Ass'n YouTube (Oct. 14, 2016), https://www.youtube.com/watch?v=yu1fm-9uUVc (last visited May 19, 2022).

[49] *Game On with Lean Protein*, AHA Facebook (October 20, 2017), https://www.facebook.com/AmericanHeart/photos/a.254785836138/10155125643691139 (last visited May 19, 2022).

[50] *Slow Cooked Pot Roast*, Am. Heart Ass'n Facebook, https://www.facebook.com/ AmericanHeart/posts/10152733618531139 (last visited May 19, 2022).

26

- "Steak Stroganoff Recipe" Facebook Post, captured on August 23, 2021[51]

  o Caption: "Flavorful, simple, and best of all, healthy.  This slow-cooker stroganoff recipe satisfies busy schedules and picky palates" with picture and recipe of stroganoff.

55. In sum, AHA capitalizes on consumer trust to market beef products across the country.  By advertising beef recipes on the Internet and partnering with beef producers to label their products in grocery stores with the AHA Mark, AHA actively and intentionally fosters consumer demand in beef.

E. **AHA Knows Its Representations About the Health Benefits of Beef Are False**

56. AHA claims to be "the trusted authority on fighting heart disease and stroke,"[52] yet scientific studies routinely prove that its assertion that the consumption of beef products leads to a "healthy heart" is categorically misleading, deceptive, and false.  Indeed, AHA's representations through its Heart-Check Certification program and on its website and promotional materials that beef products contribute to a "healthy heart" are refuted by numerous independent scientific studies that prove the exact opposite:

- A study of nearly 20,000 individuals presented in April 2021 at the European Society of Cardiology found that "greater intake of red and processed meat was associated with worse imaging measures of heart health, across all measures studied."[53] According to the study, "individuals with higher meat intake had smaller ventricles, poorer heart function, and stiffer arteries – all markers of worse cardiovascular health."[54]

---

[51] *Slow-Cooker Steak Stroganoff,* Am. Heart Ass'n Facebook, https://www.facebook.com/AmericanHeart/posts/10152733618531139 (last visited May 19, 2022).

[52] *CEO Welcome Video,* Am. Heart Ass'n YouTube Channel (Dec. 22, 2017), https://www.youtube.com/watch?v=MqSw3yM6StA  (last visited May 19, 2022).

[53] *See Study strengthens links between red meat and heart disease,* European Society of Cardiology (April 15, 2021).

[54] *Id.*

27

- A March 2020 study of nearly 30,000 individuals found that eating only a small portion of red meat and processed meat caused a higher risk of cardiovascular disease and premature death.[55]

- A separate study of 475,000 adults in the United Kingdom that was published in March 2021 found that higher consumption of unprocessed red meat and processed meat was associated with a higher risk of heart disease.[56]

- A 2019 study by the Cleveland Clinic found that "chronic red meat consumption enhanced the production of TMAO (trimethylamine N-oxide) . . . which has been linked to the development of atherosclerosis and heart disease complications."[57]

57.    According to the Centers for Disease Control, "[c]onsumption of all meat and red meat was associated with a 27% and 30% higher risk, respectively," of renal cancer and "[r]eduction of meat consumption is an important approach to decreasing the incidence of kidney cancer in the general population."[58]

58.    Health research indicates that beef significantly raises cholesterol levels, a key negative component of cardiovascular and heart health.  Indeed, beef, in addition to its contribution to obesity, has been linked as a cause of Type 2 diabetes.  Additionally, multiple sclerosis is tied to diets high in saturated fats, as are cancers of the breast, colon and prostate.

59.    In fact, AHA knows that its representations about the health benefits of beef are false.  Indeed, AHA itself admits that beef is not healthy.  For example, AHA has expressly

---

[55] M. Paul, *Meat Consumption Raises Risk of Heart Disease and Death*, 180 JAMA Internal Med. 503 (Feb. 3, 2020).

[56] K. Paper, *Meat consumption and risk of 25 common conditions: outcome-wide analyses in 475,000 men and women in the UK Biobank study*, 19 BMC Medicine 53 (Mar. 2021).

[57] *Cleveland Clinic Studies Reveal Role of Red Meat in Gut Bacteria, Heart Disease Development,* Newsroom (Dec. 10, 2018).

[58] *Consumption of different types of meat and the risk of renal cancer: meta-analysis of case-control studies*, The National Institute for Occupational Safety and Health (Jun. 15, 2021), https://www.cdc.gov/niosh/nioshtic-2/20039011.html#:~:text=Consumption%20of%20all%20meat%20and,increase%20risk%20of%20kidney%20cancer (last visited May 19, 2022).

admitted that, "[i]n general, red meats (such as beef, pork and lamb) have more saturated fat than skinless chicken, fish and plant proteins.  Saturated fats can raise your blood cholesterol and increase your risk of heart disease."[59]  Furthermore, an official peer-reviewed journal of the AHA, called *Journal of the American Heart Association* (JAHA), has expressly stated that "red meat  should be avoided, and meat intake limited, to prevent cardiovascular disease and stroke."[60]  In fact, as recently as August 1, 2022, another official peer-reviewed journal published on behalf of AHA called *Arteriosclerosis, Thrombosis, and Vascular Biology* (ATVB), reaffirmed that "higher meat intake [is] associated with incident ASCVD[,]" atherosclerotic cardiovascular disease.[61]  That same study found "biochemical links between dietary meat, gut microbiome pathways, and ASCVD."[62]  AHA itself issues public communications – unrelated to the AHA Mark – advising consumers not to eat beef, or at least to limit beef intake.[63]  Thus,

---

[59] *Picking Healthy Proteins*, Am. Heart Ass'n (November 1, 2021), https://www.heart.org/en/ healthy-living/healthy-eating/eat-smart/nutrition-basics/meat-poultry-and-fish-picking-healthy-proteins (last visited May 19, 2022).

[60] *Cardiovascular Harm From Egg Yolk and Meat: More Than Just Cholesterol and Saturated Fat*, Journal of the Am. Heart Ass'n (March 15, 2021), https://www.ahajournals.org/doi/10.1161/ JAHA.120.017066 (last visited May 19, 2022).

[61] *Dietary Meat, Trimethylamine N-Oxide-Related Metabolites, and Incident Cardiovascular Disease Among Older Adults: The Cardiovascular Health Study*, Arteriosclerosis, Thrombosis, and Vascular Biology (August 1, 2022), https://www.ahajournals.org/doi/10.1161/ATVBAHA. 121.316533 (last visited August 9, 2022).

[62] *Id.*

[63] *See, e.g., id.*; *Picking Healthy Proteins*, Am. Heart Ass'n (November 1, 2021), https://www.heart.org/en/healthy-living/healthy-eating/eat-smart/nutrition-basics/meat-poultry-and-fish-picking-healthy-proteins#:~:text=In%20general%2C%20red%20meats%20 (such,skinless%20poultry%2C%20and%20unprocessed%20forms; *see also Saturated Fat*, American Heart Association (November 1, 2021), https://www.heart.org/en/healthy-living/ healthy-eating/eat-smart/fats/saturated-fats.

AHA claims that eating beef is "heart healthy" when it benefits the organization financially, but elsewhere admits that eating beef increases the risk of heart disease.

60.     While some of the products that AHA endorses through the Heart-Check Certification program and AHA Mark are indeed "heart healthy," the beef products that AHA endorses are not.  AHA certifies beef products for the AHA Mark without revealing to consumers the true health consequences of consuming beef or that beef manufacturers have paid for AHA certification anywhere on or near the AHA Mark.  In addition, AHA, through its Heart-Check Certification program and promotional materials, creates the false impression that beef products abide by AHA's own nutritional guidelines when, in fact, they do not.  AHA has proven that, for a fee, it abandons its purportedly scientific dietary and nutritional guidelines and agrees to certify as "heart healthy" products that are not in fact healthy and merely meet the minimum criteria for certain government-regulated health claims, rather than AHA's own allegedly more demanding standards.  In such a way, AHA's Heart-Check Certification program runs directly counter to AHA's own nutritional guidance.  Instead of aiding the consuming public, the Heart-Check Certification program confuses and misleads consumers because the AHA Mark is a paid endorsement and the program employs only the government's minimum standards.  In concert with these actions, AHA makes statements on its website and in its promotional materials that promote beef as heart healthy, even though AHA knows these statements are false.  Such deceptive practices induce consumers to purchase AHA-certified beef, and present substantial health risks to all consumers, including the more than five million American consumers suffering from congestive heart failure.

## CLAIMS FOR RELIEF

### First Claim for Relief

### Violation of District of Columbia Consumer Protection Procedures Act

61.     Animal Outlook incorporates and re-alleges the preceding paragraphs of this Complaint as if fully set forth herein.

62.     Animal Outlook seeks to enforce its rights against AHA pursuant to the CPPA (*i.e.,* D.C. Code §§ 28-3901 to 28-3913), as AHA is in violation of D.C. Code § 28-3904, *et seq.*

63.     Pursuant to D.C. Code § 28-3905(k)(1)(A)(C), Animal Outlook, a national nonprofit 501(c)(3) animal advocacy organization, may, on behalf of itself or on behalf of the general public, bring an action seeking relief from the use of any AHA trade practice in violation of a law of the District of Columbia.

64.     Additionally, pursuant to D.C. Code §§ 28-3905(k)(1)(A)(D)(i) and (ii), Animal Outlook, a public interest organization, may, on behalf of the interests of a consumer or a class of consumers, bring an action seeking relief from the use by AHA of a trade practice in violation of a law of the District of Columbia if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by AHA of such trade practice if it is determined that Animal Outlook has a "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests."

65.     Animal Outlook, an animal protection organization that advocates for animals and seeks to challenge the status quo of animal agribusiness through food system reform, has an interest in informing consumers of deceptive marketing of meat and promoting healthier eating habits among consumers.  Specifically, it seeks to either remove, or at least significantly lessen

31

the consumption of, beef from consumers' diets, saving the lives of countless animals slaughtered for food in the process.

66.     AHA is in violation of multiple subsections of D.C. Code § 28-3904.  First, AHA has violated § 28-3904(f) due to its failure to disclose, or require the disclosure, on or near the AHA Mark that it is being paid to allow certain meat purveyors to affix the AHA Mark on certain beef manufacturers' packaging.  Therefore, unbeknownst to consumers, AHA is endorsing certain beef products for a fee, and profiting from the sale of these products.  Furthermore, AHA is leveraging its reputation and trust among consumers to encourage them to purchase beef that has the AHA Mark affixed to the packaging without disclosing on or near the mark that AHA is paid by beef manufacturers for the use of its mark.

67.     AHA is also in violation of § 28-3904(a) because it "represent[s] that goods" (i.e., beef) contain "accessories," "characteristics," "uses," and/or "benefits" that they do not have.  Specifically, AHA represents that beef products are "heart healthy" through numerous express and implied statements, including, but not limited to, its allowance of the use of the AHA Mark on such products.  In addition, AHA indicates that the use of the AHA Mark is based on AHA's own scientific statements and recommendations, which AHA represents are different or more substantial than the government's minimum standards, when, in fact, they are not.

68.     AHA has also violated § 28-3904(b) because it "represent[s] that goods" (*i.e.,* beef) are "of particular standard, quality, grade, style, or model," when in reality, "they are of another."  Contrary to AHA's representations that beef is of a "heart healthy" standard, it is well-known that beef is known to increase cholesterol, heart disease, and have other deleterious effects on cardiovascular health.

32

69.     AHA has also violated § 28-3904(e) because it has misrepresented a material fact about beef (i.e., that it is heart healthy), and such an assertion has a tendency to mislead consumers.

70.     In addition, AHA has violated § 28-3904(f-1) through its use of "innuendo or ambiguity as to a material fact, which has a tendency to mislead."  Specifically, AHA vaguely states that beef is "heart healthy" without any facts or proof in support thereof.  AHA also claims its Heart-Check Certification program uses AHA's own scientific standards in endorsing beef, while failing to disclose that it actually uses only the federal government's minimum standards.

71.     AHA has also violated § 28-3904(h) by authorizing the advertising and offering of beef as endorsed by AHA through the sale of its AHA Mark.  Indeed, AHA has violated this section by endorsing beef products as "heart healthy," when in reality, AHA has expressly admitted that beef is not, in fact, heart healthy.

72.     Lastly, AHA is "sell[ing] consumer goods in a condition or manner not consistent with that warranted . . . by operation or requirement of federal law."  D.C. Code § 28-3904(x).  It has been proven that beef is not heart healthy, as AHA has expressly admitted, yet AHA continues to affix its "heart healthy" logo on packaging of beef nonetheless.

73.     Accordingly, this deceptive, false, and misleading advertising is also unlawful under the FTCA, 15 U.S.C. § 41-58, and therefore constitutes a further unlawful practice under the CPPA.  *See id.*; 15 U.S.C. § 45(a)(1); D.C. Code § 28-3904(x).

## Second Claim for Relief

### Negligent Misrepresentation

74.     Animal Outlook incorporates and re-alleges the preceding paragraphs of this Complaint as if fully set forth herein.

33

75.     AHA, which assumed a duty to supply information to Animal Outlook and members of the public who are concerned about heart health, failed to fulfill that duty to disclose to Animal Outlook and members of the public who are concerned about heart health the material facts alleged above, including that beef is not, in fact, heart healthy, a fact which AHA has expressly admitted in the past.  *See Burlington Ins. Co. v. Okie Dokie, Inc.*, 329 F. Supp. 2d 45, 48-49 (D.C. Cir. 2004) (applying the law of the District of Columbia).  In making representations of fact to health-conscious consumers about the "heart healthy" nature of beef products, AHA has also failed to disclose to consumers on or near the AHA Mark that it is, in fact, being paid to allow beef manufacturers to affix the mark atop of beef packages.  AHA has also failed to inform these consumers that, in certifying beef as "heart healthy," AHA does not use its own nutritional and scientific guidelines, which it advertises as being different than that of other products or third parties, but instead uses the government's own minimum guidelines.  Such failure to disclose on the part of AHA amounts to negligent misrepresentation.

76.     Consumers concerned about heart health, as a direct and proximate cause of AHA's negligent misrepresentations, have reasonably relied upon such material misrepresentations to their detriment.  Consumers concerned about heart health have relied on these statements by AHA in purchasing beef products that they would have viewed differently or not have purchased had they known the true health effects of beef or that beef manufacturers, in fact, pay for use of the AHA Mark.

77.     By reason thereof, Animal Outlook has suffered damages in an amount to be proven at trial.

### Third Claim for Relief

### Unjust Enrichment

78.     Animal Outlook incorporates and re-alleges the preceding paragraphs of this Complaint as if fully set forth herein.

79.     As a result of AHA's unlawful and deceptive actions described above, AHA has been unjustly enriched at the expense of Animal Outlook and/or consumers by receiving monies from certain beef manufacturers by way of misleading consumers who are deceived into believing that certain manufacturers' beef products are "heart healthy" due to AHA's endorsement of those products, without disclosing that the AHA Mark is a paid endorsement or that the Heart-Check Certification program, with respect to beef, is based on the government's minimum guidelines.  In addition, AHA has also been unjustly enriched through AHA's express and implied statements on its website and in its promotional materials claiming that beef is heart healthy, even though AHA knows these statements are false.  Thus, AHA has profited from its misleading, deceptive, and false representations about beef products.

80.     Under these circumstances, it would be against equity and good conscience to permit AHA to retain the ill-gotten benefits that it has received, in light of the fact that the unlawfully advertised beef products purchased by Animal Outlook and/or consumers were not what AHA represented them to be.  Thus, it would be unjust and inequitable to allow AHA to retain the benefit without restitution for the monies manufacturers paid to it.

### PRAYER FOR RELIEF

WHEREFORE, Animal Outlook prays that the Court adjudge and decree and enter judgment in its favor and against AHA as follows:

1.     The Court enjoin AHA from continuing the unfair, deceptive, and misleading

business practices alleged in this Complaint;

2.    The Court order AHA to pay actual damages, plus treble damages, or $1,500 per violation, whichever is greater, to Animal Outlook, on behalf of consumers, pursuant to § 28-3905(k)(1)(A)(i) of the CPPA;

3.    The Court order AHA to pay punitive damages as are reasonable and necessary to identify, correct, or prevent the conduct which violated District law, pursuant to § 28-3905(g)(5) of the CPPA and common law;

4.    That Animal Outlook, on behalf of consumers, is entitled to restitution in an amount to be proven at trial;

5.    That Animal Outlook, on behalf of consumers, is entitled to costs of suit including attorneys' fees and costs;

6.    For an order awarding pre-judgment and post-judgment interest; and

7.    That Animal Outlook be afforded such other and further relief as the Court deems just and proper.

/ / /

/ / /

/ / /

36

Respectfully submitted,


Dated:  August 24, 2022                    **WAYMAKER LLP**
            Los Angeles, CA


By: _____
      Brian E. Klein (*pro hac vice in process*)
      Teresa L. Huggins (*pro hac vice in process*)
      Melissa A. Meister (Bar No. 978853)
      Jared R. Sohn (*pro hac vice in process*)

      WAYMAKER LLP

      515 S. Flower Street, Ste. 3500
      Los Angeles, CA 90071
      Telephone: (424) 652-7800
      Facsimile: (424) 652-7850
      bklein@waymakerlaw.com
      thuggins@waymakerlaw.com
      mmeister@waymakerlaw.com
      jsohn@waymakerlaw.com

      *Attorneys for Plaintiff Animal Outlook*

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Animal Outlook
_____
                                    Plaintiff
vs.

American Heart Association, Inc., and DOES 1−20                    Case Number _____
_____
                                    Defendant

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Melissa A. Meister                                 _Clerk of the Court_
_____
Name of Plaintiff's Attorney

515 S. Flower St., Suite 3500, Los Angeles, CA 90071           By _____
_____
Address                                                                 Deputy Clerk

424−652−7800                                       Date _____
_____
Telephone

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주세요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____
Nombre del abogado del Demandante

*SECRETARIO DEL TRIBUNAL*

Por: _____

_____
Dirección

Subsecretario

_____
Teléfono

Fecha _____

如需翻譯,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202)879-4828 로 전화주십시오    ኣማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

# Superior Court of the District of Columbia

### CIVIL DIVISION- CIVIL ACTIONS BRANCH
### INFORMATION SHEET

Animal Outlook

Case Number: __2022 CA 003830 B__

vs

Date: __8/24/2022__

American Heart Association, Inc., and DOES, 1-20

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*   Melissa A. Meister | **Relationship to Lawsuit** |
| Firm Name:   Waymaker LLP | [x] Attorney for Plaintiff |
| Telephone No.: 424-652-7800 Six digit Unified Bar No.: 978853 | ☐ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury        ☐ 6 Person Jury        [x] 12 Person Jury

Demand: $_____        Other: __Damages to be proven at trial__

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____        Judge: _____        Calendar #:_____

Case No.:_____        Judge: _____        Calendar#:_____

---

**NATURE OF SUIT:**        *(Check One Box Only)*

**A. CONTRACTS**                                **COLLECTION CASES**

☐ 01 Breach of Contract             ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty             ☐ 17 OVER $25,000 Pltf. Grants Consent   ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument          ☐ 27 Insurance/Subrogation                 ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                      Over $25,000 Pltf. Grants Consent        Over $25,000 Consent Denied
☐ 13 Employment Discrimination      ☐ 07 Insurance/Subrogation                 ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees                 Under $25,000 Pltf. Grants Consent       Under $25,000 Consent Denied
                                    ☐ 28 Motion to Confirm Arbitration
                                        Award (Collection Cases Only)

---

**B. PROPERTY TORTS**

☐ 01 Automobile                   ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                   ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

---

**C. PERSONAL TORTS**

☐ 01 Abuse of Process              ☐ 10 Invasion of Privacy                 ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection       ☐ 11 Libel and Slander                        Not Malpractice)
☐ 03 Assault and Battery           ☐ 12 Malicious Interference              ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury   ☐ 13 Malicious Prosecution              ☐ 19 Wrongful Eviction
[x] 05 Deceit (Misrepresentation)  ☐ 14 Malpractice Legal                  ☐ 20 Friendly Suit
☐ 06 False Accusation              ☐ 15 Malpractice Medical (Including Wrongful Death)   ☐ 21 Asbestos
☐ 07 False Arrest                  ☐ 16 Negligence- (Not Automobile,       ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                              Not Malpractice)                    ☐ 23 Tobacco
                                                                           ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE        IF USED

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 05 Ejectment
☐ 09 Special Writ/Warrants
    (DC Code § 11-941)
☐ 10  Traffic Adjudication
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☐ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
    (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
    Vacate Arbitration Award (DC Code § 16-4401)
☐ 29 Merit Personnel Act (OHR)
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment/Domestic
☐ 08 Foreign Judgment/International
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
    Certificate
☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
☐ 27 Petition for Civil Asset Forfeiture (Currency)
☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
    Judgment [ D.C. Code §
    2-1802.03 (h) or 32-151 9 (a)]
☐ 20 Master Meter (D.C. Code §
    42-3301, et seq.)

☐ 21 Petition for Subpoena
    [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a)(1)
    (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 04 Condemnation (Eminent Domain)
☐ 10 Mortgage Foreclosure/Judicial Sale
☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title
☐ 25 Liens: Tax / Water Consent Granted
☐ 30 Liens: Tax / Water Consent Denied
☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

_____8/24/2022_____
Date

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

ANIMAL OUTLOOK
    Vs.                                 C.A. No.     2022 CA 003830 B
AMERICAN HEART ASSOCIATION, INC. et al

## INITIAL ORDER AND ADDENDUM

### Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to: Judge DANYA A DAYSON
Date:     August 25, 2022
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, December 16, 2022
Location:  Courtroom 415
            500 Indiana Avenue N.W.
            WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides,   "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement.   The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC.  D.C. Code § 16-2825 Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation.  D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one.  D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826.  Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

CAIO-60

**Civil Remote Hearing Instructions for Participants**

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option1:  (AUDIO ONLY/Dial-in by Phone):**

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

> ☞ *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise.  If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the Audio Alternative

**Option 2: (LAPTOP/ DESKTOP USERS 1):**

Open Web Browser in Google Chrome and copy and paste following address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3: (LAPTOP/ DESKTOP USERS 2):**

Open Web Browser in Google Chrome and copy and paste following address
https://dccourts.webex.com   Select **Join**, enter the Meeting ID from the next page



AUDIO ALTERNATIVE:  Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window.  Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.

**Option 4: (Ipad/SMART PHONE/TABLET):**

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be
- seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | **WebEx Direct URL** | **WebEx Meeting ID** |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

| 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
|---|---|---|---|
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

CAIO-60

Filed
D.C. Superior Court
08/31/2022 12:21PM
Clerk of the Court

| | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Melissa A. Meister (SBN 978853)<br>WAYMAKER LLP<br>777 S Figueroa St Suite 2850<br>Los Angeles, CA 90017<br>  *Telephone No.*  424-652-7800<br>  *Attorney For:*  Plaintiff | | | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>SUPERIOR COURT OF THE DISTRICT OF COLUMBIA<br>CIVIL DIVISION | | | | |
| *Plaintiff:*  ANIMAL OUTLOOK,<br>*Defendant:*  AMERICAN HEART ASSOCIATION, INC. | | | | |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div.* | *Case Number:*<br>2022 CA 003830 B |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Complaint; Civil Actions Branch Information Sheet.

3.   *a.*  *Party served:*   AMERICAN HEART ASSOCIATION, INC.
     *b.*  *Person served:*   Kaneisha Gross, CSC Lawyers Incorporating Service, Registered Agent

4. *Address where the party was served:*   211 E 7th Street, Suite 620, Austin, TX 78701

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Aug 26 2022 (2) at: 11:15 AM

6. *Person Who Served Papers:*
   a. Dane Ray Cuppett
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

                        d. *The Fee for Service was:*

7. *I declare under penalty of perjury that the foregoing is true and correct.*

                        08/26/2022
                        (Date)                       (Signature)



                                      PROOF OF<br>                                        SERVICE                             7567065<br>                                                         (5075683)

Filed
D.C. Superior Court
09/01/2022 13:15PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

|  |  |
|---|---|
| ANIMAL OUTLOOK, | |
| Plaintiff, | |
| v. | Case No. 2022 CA 003830 B |
| AMERICAN HEART ASSOCIATION, INC. | |
| and DOES, 1-20, | |
| Defendants. | |

### PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Superior Court Rule of Civil Procedure 7.1, Plaintiff Animal Outlook,

through undersigned counsel, certifies that it has no parent corporation and that no publicly held

corporation owns 10% or more of its stock

Dated:  September 1, 2022

Respectfully submitted,

By: _____

Brian E. Klein (*pro hac vice in process*)
Teresa L. Huggins (*pro hac vice in process*)
Melissa A. Meister (Bar No. 978853)
Jared R. Sohn (*pro hac vice in process*)
WAYMAKER LLP
515 S. Flower Street, Ste. 3500
Los Angeles, CA 90071
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
bklein@waymakerlaw.com
thuggins@waymakerlaw.com
mmeister@waymakerlaw.com
jsohn@waymakerlaw.com

*Attorneys for Plaintiff Animal Outlook*

| Attorney or Party without Attorney: Melissa A. Meister (SBN 978853) WAYMAKER LLP 777 S Figueroa St Suite 2850 Los Angeles, CA 90017  Telephone No: 424-652-7800  Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | **FILED** **RECEIVED BY MAIL** **SEP 0 7 2022** Superior Court **of the** District of Columbia Washington, D.C. |
| Insert name of Court, and Judicial District and Branch Court: SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION | | |
| Plaintiff: ANIMAL OUTLOOK Defendant: AMERICAN HEART ASSOCIATION, INC. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 2022 CA 003830 B |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Civil Actions Branch Information Sheet

3. a. Party served:   AMERICAN HEART ASSOCIATION, INC.
   b. Person served:   Kaneisha Gross, CSC Lawyers Incorporating Service, Registered Agent

4. Address where the party was served:   211 E 7th Street, Suite 620, Austin, TX 78701

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Aug 26 2022 (2) at: 11:15 AM

6. Person Who Served Papers:
   a. Dane Ray Cuppett
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was:

7. I declare under penalty of perjury that the foregoing is true and correct.

08/26/2022
(Date)

(Signature)

PROOF OF
SERVICE

7567065
(5075683)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Melissa A. Meister (SBN 978853)<br>WAYMAKER LLP<br>515 S. Flower Street Suite 3500<br>Los Angeles, CA 90071<br>Telephone No:  424-652-7800 | | **FILED**<br>CIVIL DIVISION<br>SEP 16 2022<br>Superior Court of the<br>District of Columbia |
| Attorney For:  Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION |
|---|

Plaintiff:  ANIMAL OUTLOOK
Defendant:  AMERICAN HEART ASSOCIATION, INC.

| AMENDED PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2022 CA 003830 B |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Complaint; Civil Division - Civil Actions Branch Information Sheet

3. *a. Party served:*    AMERICAN HEART ASSOCIATION, INC.
   *b. Person served:*   Mary Ann Quick, Intake Specialist, Capitol Corporate, Registered Agent

4. *Address where the party was served:*   1501 S Mopac Expressway Suite 220, Austin, TX 78746

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Sep 12 2022 (2) at: 11:45 AM

   Recoverable cost Per CCP 1033.5(a)(4)(B)

6. *Person Who Served Papers:*
   a. Tom Kroll
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:*
   e. I am: Not A Registered California Process Server

7. I declare under penalty of perjury that the foregoing is true and correct

9/15/22
*(Date)*

*(Signature)*

**FL**
FIRST LEGAL

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

AMENDED PROOF
OF SERVICE

7640431
(5089064)

**2022 CA 003830 B ANIMAL OUTLOOK Vs. AMERICAN HEART ASSOCIATION, INC. et al DAD**

- Case Type:
- Civil II
- Case Status:
- Open
- File Date:
- 08/24/2022
- Action:
- Complaint for Deceit (Misrepresentation) Filed
- Status Date:
- 08/24/2022
- Next Event:
- 12/16/2022

| All Information | Party | Event | Docket | Receipt | Disposition |

## Party Information

**ANIMAL OUTLOOK**
- Plaintiff

| | | |
|---|---|---|
| Disposition | Alias | Party Attorney |
| Disp Date | | Attorney |
| | | MEISTER, MELISSA A |

**AMERICAN HEART ASSOCIATION, INC.**
- Defendant

| | | |
|---|---|---|
| Disposition | Alias | Party Attorney |
| Disp Date | | |

**DOES, 1-20**
- Defendant

| | | |
|---|---|---|
| Disposition | Alias | Party Attorney |
| Disp Date | | |

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 12/16/2022 09:30 AM | Courtroom 415 | Initial Scheduling Conference-60 | | DAYSON, DANYA A |

## Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 08/24/2022 | Complaint for Deceit (Misrepresentation) Filed  Receipt: 499431  Date: 08/25/2022 | |
| 08/24/2022 | eComplaint Filed (SUMMONS NOT ISSUED BECAUSE INCLUDED "DOES"-NOT NAMED PARTIES). Submitted 08/24/2022 17:17. DM  ANIMAL OUTLOOK (Plaintiff); | Image |
| 08/25/2022 | Event Scheduled  Event: Initial Scheduling Conference-60  Date: 12/16/2022  Time: 9:30 am  Judge: DAYSON, DANYA A   Location: Courtroom 415 | |
| 08/25/2022 | Initial Summons Requested Filed. Submitted 08/25/2022 14:03PM. PD  Attorney: MEISTER, MELISSA A (978853)  AMERICAN HEART ASSOCIATION, INC. (Defendant); | Image |
| 08/26/2022 | Complaint Package eServed to Filer | Image |
| 08/31/2022 | Affidavit of Service of Summons & Complaint on  AMERICAN HEART ASSOCIATION, INC. (Defendant); | Image |
| 09/01/2022 | Plaintiff's Rule 7.1 Corporate Disclosure Statement Filed. Submitted 09/01/2022 13:15. mq  Attorney: MEISTER, MELISSA A (978853) | Image |
| 09/07/2022 | Affidavit of Service of Subpoena served on August 26, 2022. mj  [AMERICAN HEART ASSOCIATION, INC] | Image |
| 09/16/2022 | AMENDED Proof of Service Filed, DM  AMERICAN HEART ASSOCIATION, INC. (Defendant); | Image |

## Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 499431 | 08/25/2022 | MEISTER, MELISSA A, Attorney | $120.00 |
| Total | Total | Total | Total |
| | | | $120.00 |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | DAYSON, DANYA A |