UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANIMAL OUTLOOK,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>AMERICAN HEART ASSOCIATION,<br>INC., et al.,<br><br>　　　　*Defendants*. | Civil Action No. 1:22-cv-02842 (CJN) |

### ORDER

Upon consideration of the Motion for Reconsideration, ECF No. 31, it is hereby

**ORDERED** that the Motion is **GRANTED**. Although Plaintiff did not previously argue that the Court should remand this matter, remand is mandatory under 28 U.S.C. § 1447(c) because this Court lacks subject matter jurisdiction over the case. *See also Republic of Venezuela v. Philip Morris Inc.*, 287 F.3d 192, 196 (D.C. Cir. 2002). It is further

**ORDERED** that this case is **REMANDED** to the Superior Court of the District of Columbia.

DATE: June 20, 2024

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Carl J. Nichols*
　　　　　　　　　　　　　　　　　　　　　　　CARL J. NICHOLS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1